

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RECEIVED

NOV 01 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSeph . JackSon

)
)
)
)
),
)
)
**Plaintiff(s),**
)
)
vs.
)
)
ORChard - place of England
)
)
)
),
)
)
)
**Defendant(s).**
)

1:24-cv-11333
Judge Jeremy C. Daniel
Magistrate Judge Jeffrey Cole
RANDOM/CAT 2

Case No.

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

   laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is JoSeph JackSon
   JoSe ph JackSon

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

4.    Defendant, _Orchard place of Engelwood_ , is
      (name, badge number if known)

☐ an officer or official employed by _____ ;
                                    (department or agency of government)

_____ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.    The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.    On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
              (month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____ , in the County of _____ ,

State of Illinois, at _____ ,
                    (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐       arrested or seized plaintiff without probable cause to believe that plaintiff had
        committed, was committing or was about to commit a crime;
☐       searched plaintiff or his property without a warrant and without reasonable cause;
☐       used excessive force upon plaintiff;
☐       failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
        one or more other defendants;
☐       failed to provide plaintiff with needed medical care;
☒       conspired together to violate one or more of plaintiff's civil rights;
☐       Other:

        _____

        _____

2

**[If you need additional space for ANY section, please attach an additional sheet and reference that section.]**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

municipality,  county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*):_____

_____

_____

_____

8.    Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9.    (*Place an X in the box that applies.  If none applies, you may describe the criminal
proceedings under "Other"*)  The criminal proceedings

☐  are still pending.

☐  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐  Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____

☐ Other: _____

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Discrimination on a disabled person Retelated afte Eviction cwt order Judgement for Tenants, The put a Notices on Tenants Door Taped of Termination of Tenancy, That is a Due process violation

11. Defendant acted knowingly, intentionally, willfully and maliciously. YES

12. As a result of defendant's conduct, plaintiff was injured as follows:

Mental Anguish And Stress Damages and wrongful Action, Abust of power

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.　　Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

　　　　as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

　　　　and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.　　Damages to compensate for all bodily harm, emotional harm, pain and suffering,

　　　　loss of income, loss of enjoyment of life, property damage and any other injuries

　　　　inflicted by defendant;

B.　~~(*Place X in box if you are seeking punitive damages.*) Punitive damages~~

　　　　against the individual defendant; and

C.　　Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Joseph Jackson*

Plaintiff's name *(print clearly or type):* JOSeph Jackson

Plaintiff's mailing address: P. O. BOX 24727

City CHICAJO　　　　　State IL　　　ZIP 60623

Plaintiff's telephone number: (312) 880 - 8022 .

Plaintiff's email address *(if you prefer to be contacted by email):* JOSeph Jackson 7401@

g JOSeph Jackson 7041@gmail.com

15.　　Plaintiff has previously filed a case in this district.　☐ Yes　☑ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

pg. 1 - of - 3

"Now - Comes"                                    4-23-24

Plaintiff
Joseph - JACKSON                                    E        D

- V. -

DefeNdaNt - Consecra - Housing - Network -
Orchard - Place - of - Englewood -
Lillian - Carter
Lead - Property - Manager
Laquon - Fouch
Assistant - Property - Manager -

Oct. 26-23, - Orchard - Place - of - Englewood - took me to
eviction - court - 1-st one - Judgement for
Defendant - me - Joseph - Jackson. After court, - And
court order, - Orchard - Place - of - Englewood - Spiteful,
put on my door in retaliation on disabled -
person And discrimination. A - Notice - of - termination
of - tenancy - there new Lawyer - Marvin - L. Husby
III, - clear violation of - the - Americans - with -
disabilities - Act, - And - the - Civil - Rights - Act (1964)
- defamation of - character - Civil - Claim. Notice - said,
I'm A criminal, - doing - criminal - Activity, - And -
A - Stalker. And don't be at home, to much -
Now of days due to - Orchard - Place - of -
Englewood - Management, - on doing - mental -
stress And harassment, - And - intimidation
And - mental - Anguish, - even After - my - Doctor

pg. 2 - of - 2

pleaded for them to excuse eviction - Court the first time. So ORCHARD - Place of - Englewood should have KNOWN - OR - KNOWN there Actions would have this effect - on. Deliberately Attacked me to make me, WANTED - me - to Lose My Low - income - status of going on ten - YEARS not behind or Late in RENT, AND - HAVE - A - eviction on my NAME. MEANING - A - disabled PERSON, homeless due cause of there ill-will towARds me. Even - first - eviction - Judge - CHRIST - STANLEY - Stacey - Circuit - Court # 2289, - stated - what LANDLORd would WANT A paying on time - NEVER - Late tenant evicted, then handed down judgement for defendant. My - ANSWER - to Judge's question, is - A - LANdLoRd - who have - motive - cause - of - old - HuMAN - Rights - Charge - in - Oct. - 9 - 2014 - Charge # IDHR - 2015CH 0804, - HUD - 05 - 14 - 1590 - 8. And - MANAgement - keep - giving me back my Rent - portion - but keeping - HUD - portion of my RENT for me, which - is - fraud. Both - portions ARE the SAME - entity, - which - means, FRAUd - taking - Government - Funds - in - my - NAME. If - They wasn't gone take my Rent portion, - they - shouldn't have taking HUD - Rent - payment - portion for me neither. Suing - for - Punitive +

compensatory - damages - due - to - straight Abuse - of - power - to - help - people Like - me, disabled. I'm ASKING - A - 1.5 - Million, - And - A investigation on Orchard - Place - of - Englewood because I do not believe I was - the - first one they did this too - And - don't think I will be the Last, - if - they Are not punished - severely. If - my mental - condition would have took - effect cause of there spiteful - Action, - they - would be Asking for severe - punishment on, - me. I came close - when - I - had - Nervous - breakdown in Lobby of my - building, where MANAgement - office - wasn't even open, - And MANAgement said I threatened MANAgement. Nervous breakdown was in front of MANAgement security - Guard friend of MANy years - working there, - And - handyMAN - Luther. Question, - if - I truly threatened someone, - thats grounds - to call police And get me Locked - up, - right? But yet - security - Guard if she believed what she put in her report, - not - police - report. She would have - called - police, - got me Locked - up, police - report, - And - real - grounds to evicted - me - never - happened. Sincerely

4/23/24                                    Joseph Jackson

OFFICIAL SEAL
ALMA MARTINEZ
Notary Public, State of Illinois
Commission No. 970119
My Commission Expires
April 13, 2027

4

pg. 1-of-4                           10-24-24

DeaR-CourtHouse-
NorthernN-District

This is A case of Retaliation And
discrimination on a disabled-person,
cause Not only my disability but
Also gender - RACE. Clear violation of
disability-Act - my Constitutional-
Rights. And Civil-Rights. I have A
old charge of Discrimination from
Human-Rights from 2014 - thats
how I got my Low-income-APARTment
In giving me keys And Lease
Orchard-Place-of-Englewood-Lead-
Property-Manager-Lillian-CARter was
giving Doctor statement of my
condition of Mental-Health And
Award-Letter from Social-Security
But still took me to eviction-Court
for missing redetermination due date
by Like 3 days - but Knew my condition
H.U.D. - Never violated me or penalize-
me - they still paid there portion of
My-Rent - have-Orchard-Place-of-Englewood
Resident-Ledger - HAP-payment-$2,216.00 - 10-6-20
Statement where Orchard-Place-of-Englwood
Management wouldNot take my Rent. First-

pg. 2-of-4

eviction-court - Judgement-for-defendant - statement. Picture of Retaliation-notice- of-termination-of-TANANCY, - taped to my door. Notice-stating CRIMINAL-activity, And that I'm a CRIMINAL - defamation-of- Character, - for my neighbors and guess And whole world can see. Plus it's a Due-process-violation, - And I'm in 2nd-eviction-court now for. My-Attorney has taking there side And instead of-Jury trial like I was told by Lawyer Caroline -Smith + Associates, they had me file. I somehow is in a plea-agreement, - and - I done nothing-wrong And my Lawyer never discussed my-case to me of what Management case was Against me. Me-going in And out of my deep-depression, - mental- health-condition. All I can see is my Lawyer believed them over. me the client-of- the lies, - I threaten management, - when management wasn't open At 7am in - morning, - they don't open til 9AM. Only security-guard And Janitor + handyman, - At time of my nervous-breakdown - not-threat. Was police called-NO, - was I Arrested-NO, Is it a police-report-NO - is-there-video to, - there are cameras in lobby-where

- where it happen. Criminal-Activity, And
I'm A Criminal, - where is - proof - of,
And not get me, Locked-up - And -
that way Kicked-out, of low-income?
All this New stuff started behind harassment
And stress my guest living with me, -
wanted her to pay rent. When it was
security-guards that wasn't signing
guest out. Then came me having New
vehicle - pick-up-truck, - came brand New
doing - sending out redetermination - notices
4-months to 5 months early, - wasn't
doing that. H.U.D. - sent out notices
to watch tenants, - they are doing
S.B.A. - Loans - Scamm', - got - notice. Thought
I did Management - Orchard - Place - of -
Englewood - the S.B.A. - Loan - scamm. As
of this letter About, to be homeless,
cause they corrupted Agencies Not to
help me. October - 2024 - end - I to be
moved out - homeless, - And I guess
Kick, out of low - income. I been
Asked my Building - Management plenty
of time And H.U.D. for - emergency -
moving - papers, - No - Answer from both, -
even Ask my Lawyers to Ask for -
Caroline - Smith + Associates said - they - can't.

pg. 4 - of - 4

MORE Like they won't - my-head
is hurting - meaning my blood-
pressure is up high from the
thought of writting on this
subject again. And thinking
About my situation. If I was
white would have never happened to me. Sincerelly
Joseph Jackson

Signed AND sworn on this-10-24-24-Day-of-
Joseph-Jackson - under penalty of perjury
persuant to sec. 1-109- of the Code
of Civil procedure.



ILLINOIS DEPARTMENT OF
# Human Rights

Pat Quinn, Governor
Rocco J. Claps, Director

October 9, 2014

Joseph Jackson
PO Box 24727
Chicago, IL 60624

Re:   Charge No. IDHR 2015CH0804, HUD 05-14-1590-8
      Respondent: Ms. Jeffrey; and Consecra Housing Network

Dear Complainant:

You have filed the enclosed housing discrimination charge with the Illinois Department of Human Rights ("the Department") in accordance with the Human Rights Act, and we have assigned it the charge number indicated above. A copy of the charge has been served on the Respondent. **KEEP THIS LETTER AND HAVE IT WITH YOU IF YOU NEED TO TELEPHONE OR COME TO THE DEPARTMENT.** It is your responsibility to cooperate with the Department's investigation and provide all pertinent information concerning the case by the dates requested.

Please be advised that we make every effort to conduct our investigations in a neutral and fair manner. If you have any concerns in this regard, please contact Marian Honel, Manager, Fair Housing Division, at (312) 814-6219. If the charge is dismissed, you have the right to file an appeal as explained in the attached Procedures for Housing Cases. Please make sure you notify us if you move or change your address or telephone number.

**If you have any questions or concerns about the charge, or if we have not yet discussed the charge, please contact me immediately.**

Your cooperation is appreciated.

Sincerely,

Paul Galbraith
Investigator III
Fair Housing Division
(312) 814-1988
Paul.Galbraith@illinois.gov
Enclosures:  Charge

100 West Randolph Street, Suite 10-100, Chicago, IL 60601, (312) 814-6200, TTY (866) 740-3953, Housing Line (800) 662-3942
222 South College Street, Room 101, Springfield, IL 62704, (217) 785-5100
2309 West Main Street, Marion, IL 62959 (618) 993-7463
www.illinois.gov/dhr

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Orchard Place

v.

Joseph Jackson

No. 23 M1 704411

ORDER

This matter comes before the Court for trial. Defendant waives jury. Defendant failed to file an appearance in this case, but over Plaintiff's objection, the Court allowed the trial to proce. After a trial on the merits, judgement for the Defendant.

Attorney No.:

Name: **Law Office of Joel Rabb & Associates**
Cook-52445 DuPage-276532 ARDC#6305201

Atty. for: **111 W. Washington Street, Suite 1750**
**Chicago, Illinois 60602**
**312-593-8661   joel@joelrabblaw.com**

Address: _____

City/State/Zip: _____

Telephone: _____

ENTERED:

Judge Christ Stanley Stacey

Dated: _____   OCT 26 2023

Circuit Court - 2289

Judge _____   Judge's No.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



## NOTICE OF TERMINATION OF TENANCY

TO:    Joseph Jackson
and all unknown occupants
6333 S. Sangamon, #504
Chicago, Illinois 60621

DATE: 11/14/2023

1.    You are hereby notified that your tenancy and lease for the above-described premises together with all other accommodations used by you in connection with said premises will be terminated effective THIRTY (30) days after the service of this notice. You are hereby required to surrender possession of said premises to the undersigned on that date, unless the breaches, as described in this Notice, are remedied by you within that period of time, and provided that the breaches can be remedied. Subsequent similar breaches will not be permitted to be cured.

2.    Your lease agreement is being terminated due to your consistent violation of:

    a.    Specifically, you have violated the paragraphs 8(b)(2) which prohibits material non-compliance and 8(i)(4) and 8(i)(8) which prohibit criminal activity.

        i.    Specifically, on or about March of 2023, three times you yelled and screamed obscenities at management.

        ii.    In addition, you are hereby notified there is now due the undersigned landlord the sum of $5,892.00, being rent for the above-described premises together with all other accommodations used by you in connection with the above-described premises.

3.    If you remain in the leased unit on the date of termination, the LANDLORD may seek to enforce the termination only by bringing a judicial action at which time you may present a defense.

4.    ONLY FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate the lease for non payment of rent, unless the landlord agrees in writing to continue the lease in exchange for receiving partial payment.

5.    You may make such reply to this notice as you may wish. You may present a request for grievance orally or in writing for any NON-CRIMINAL OR NON-DRUG RELATED ACTIVITY to the development office any time within the termination period specified above. Pursuant to 24 CFR 966.51(a)(2)(i). You

12

are not entitled to a grievance hearing for any allegations of criminal and/or drug-related activity. HUD has determined that you are entitled to and will be afforded a hearing in the municipal court of cook county, which HUD has determined contains the basic elements of due process as defined in the HUD regulations. You have the right by appointment, prior to any hearing of trial, to examine any relevant documents, records of regulations directly related to the eviction at your development office.

6.   You have thirty (30) days to discuss the termination of your Lease with the Owner, request documents or request a grievance hearing.

Dated this 14th day of November, 2023.

Orchard Place of Englewood

*Marvin Husby*

Attorney for Landlord

## CRIME-FREE HOUSING LEASE PROVISION
Prohibition Against Criminal Activity on Premises

1) The Tenant, any member of the Tenant's household, Tenant's guest(s), and any person under Tenant's control shall not engage in or facilitate criminal activity on the leased premises or on Lessor's property, which includes the leased premises, at_____.

2) The Tenant, any member of the Tenant's household, Tenant's guest(s), and any person under Tenant's control shall not permit the leased premises to be used for, or to facilitate, criminal activity, regardless of whether the individual engaging in such activity is a member of the household, or a guest.

3) The Tenant, any member of the Tenant's household, Tenant's guest(s), and any person under Tenant's control shall not engage in or facilitate any breach of the lease agreement that jeopardizes the health, safety, and welfare of the landlord, his agent, or other tenant, or involves imminent or actual serious property damage.

4) The Tenant is vicariously liable for the criminal activity of any member of the Tenant's household, Tenant's guest(s), and any person under Tenant's control, whether or not the Tenant had knowledge of the activity or whether or not the household member or guest was under the Tenant's control.

5) One or more violations of subsections 1, 2, or 3 of this Lease Section constitute a substantial violation and a material noncompliance with the Lease. Any such violation is grounds for termination of tenancy and eviction from the leased premises. Unless otherwise required by law, proof of violation shall not require a criminal conviction, but shall be by a preponderance of the evidence.

6) In case of conflict between the provisions of this addendum and any other provision of the lease, the provisions of this addendum shall govern.

7) For purposes of this Lease Section, criminal activity shall mean:

   a) Any offense defined and prohibited by Article 9 (Homicide) of the Criminal Code of 2012, 720 ILCS 3/0-1, et seq.

   b) Any offense defined and prohibited by Article 19 (Kidnapping and related offenses) of the Criminal Code of 2012, 720 ILCS 5/10-1, et seq.

   c) Any offenses defined and prohibited by Article 11 (Sex Offenses), Subdivision 15 (Prostitution Offenses) of the Criminal Code of 2012, 720 ILCS 5/11-14, et seq.

   d) Any offense defined and prohibited by Article 12 (Bodily Harm) of the Criminal Code of 2012, 720 ILCS 5/12, et seq.

   e) Any offense defined and prohibited by Article 16 (Theft) of the Criminal Code of 2012, 720 ILCS 5/16-1, et seq.

   f) Any offense defined and prohibited by Article 20-2 (Possession of Explosives or Incendiary Devices) of the Criminal Code of 2012, 720 ILCS 5/20-2, et seq.

   g) Any offense defined and prohibited by Article 21-1 (Damage and Trespass to Property) of the Criminal Code of 2012, 720 ILCS 5/21-1, et seq.

   h) Any offense defined and prohibited by Article 24 (Deadly Weapons) of the Criminal Code of 2012, 720 ILCS 5/24-1, et seq.

   i) Any offense defined and prohibited by Article 25 (Mob Action) of the Criminal Code of 2012, 720 ILCS 5/25-1, et seq.

   j) Any offense defined and prohibited by Article 26 (Disorderly Conduct) of the Criminal Code of 2012, 720 ILCS 5/26-1, et seq.

k) Any offense defined and prohibited by Article 28 (Gambling) of the Criminal Code of 2012, 720 ILCS 28-1, et seq.

l) Any offense defined and prohibited by Article 31 (Interference with Public Officers) of the Criminal Code of 2012, 720 ILCS 5/31-1, et seq.

m) Any offense defined and prohibited by Section 37-1 (Maintaining Public Nuisance) of the Criminal Code of 2012, 720 ILCS 5/37-1.

n) Any offense defined and prohibited by Section 6-16 (Prohibited Sales and Possession) or Section 6-20 (Transfer, Possession, and Consumption of Alcoholic Liquor; Restrictions) of the Liquor Control Act of 1934, 235 ILCS 5/6-16 and 5/6-20.

o) Any offense defined and prohibited by the Cannabis Control Act, 720 ILCS 550/1, et seq.

p) Any offense defined and prohibited by the Illinois Controlled Substances Act, 720 ILCS 570/1, et seq.

q) Any inchoate offense defined and prohibited by Article 8 (Inchoate Offenses) of the Criminal Code of 2012, 720 ILCS 5/8-1, et seq., which is relative to the commission of any of the aforesaid principal offenses.

r) Any offense that constitutes a felony under state or federal law or Class A misdemeanor under state law.

8) The Tenant shall be entitled to the affirmative defense set forth in Section 9-106.2 of the Forcible Entry and Detainer Act, 735 ILCS 5/9-106.2, regarding domestic or sexual violence as those terms are defined in Section 10 of the Safe Homes Act, 765 ILCS 750/10, as amended, stalking as that term is defined in the Criminal Code of 2012, 720 ILCS 5/12-7.3, and dating violence, and Section 9-106.2 is incorporated herein by reference as though fully set forth.

9) Pursuant to 65 ILCS 1-2-1.5, as amended, no tenant, landlord, guest, neighbor, or other individual shall be penalized for the following:

a) contact made to the police or other emergency services, if (i) the contact was made with the intent to prevent or respond to domestic violence or sexual violence; (ii) the intervention of emergency assistance was needed to respond to or prevent domestic violence or sexual violence; or (iii) the contact was made by, on behalf of, or otherwise concerns an individual with a disability and the purpose of the contact was related to that individual's disability.

b) an incident or incidents of actual or threatened domestic violence or sexual violence against a tenant, household member, or guest occurring in the dwelling unit or on the premises; or

c) criminal activity or a violation of this code occurring in the dwelling unit or on the premises that is directly relating to domestic violence or sexual violence, engaged in by a tenant, member of a tenant's household, guest, or other party, and against a tenant, household member, guest, or other party.

This LEASE ADDENDUM is incorporated into the lease executed or renewed this day between Owner and Tenant.

_____     Date: _____
Tenant Signature

_____     Date: _____
Owner/Property Manager Signature

Property Name/Location     _____

_____

Crime Free Lease Addendum                                                    Page 2

*15*

# Orchard Place of Englewood

An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon St
Unit 504
Chicago, IL 60621

### RE: Return of Money Order 1106207898

Dear Mr. Jackson:

**This money order #1106207898, in the sum of $382.00 for July 2024** has been returned to you due the past due amount for December 2022 has not received. **Management will not be accepting the partial rent or any payment moving forward, due to management appealing the court's decision entered on October 26, 2023.** As you have been notified on various occasions that due to your failure to recertify for the program before December 1, 2022. You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

**Management will not be accepting the partial rent of any payment moving forward, due to management appealing the court's decision entered on October 26, 2023.**

Management has previously returned the pass partial payment for December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, July 2023, August 2023, September 2023, October 2023, November 2023, December 2023, January 2024, February 2024, March 2024, April 2024, May 2024, June 2024 until otherwise instructed we will be returning this payment for July 2024.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully

Lillian Carter
Operations Manager



Embrace Living
Communities
Affordable. Welcoming. **Home.**

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

February 22, 2022

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Unit #504
Chicago, IL 60621

RE:        Return Of Money Order #1105259346

Dear Mr. Jackson;

This money order **#1105259346**, in the sum of **$292.00** for February 2023, has been returned to you due the past due amount for December 2022 has not received.  As you have been notified on various occasions that you due to your failure to recertify for the program before December 1, 2022.  You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf.  Please make this payment immediately for December 2022 in the amount of $2489.00.  Management has extended multiple opportunities for you enter into a repayment agreement on this balance so that you can remain in affordable housing program.

As of today, management has not been notified by Housing & Urban Development (HUD) or any other representative agency, to accept any partial payments on your behalf.  Management has previously returned the pass partial payment for December 2022, & January 2023, until other wise instructed we will be returning the partial payment for February 2023.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully,

Lillian Carter
Lead Property Manager



Embrace Living
Communities
Affordable. Welcoming. Home



*Providing actively aging adults affordable, welcoming homes in communities that embrace living*

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

March 6, 2023

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Unit #504
Chicago, IL 60621

RE:        Return Of Money Order #1104500691

Dear Mr. Jackson;

This money order **#1104500691**, in the sum of **$292.00** for March 2023, has been returned to you due the past due amount for December 2022 has not received.  As you have been notified on various occasions that you due to your failure to recertify for the program before December 1, 2022.  You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf.  Please make this payment immediately for December 2022 in the amount of $2489.00.  Management has extended multiple opportunities for you enter into a repayment agreement on this balance so that you can remain in affordable housing program.

As of today, management has not been notified by Housing & Urban Development (HUD) or any other representative agency, to accept any partial payments on your behalf.  Management has previously returned the pass partial payment for December 2022, & January 2023, February 2023,  until other wise instructed we will be returning the partial payment for March 2023.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully,

Lillian Carter
Lead Property Manager



Providing actively aging adults affordable, welcoming homes in communities that embrace living

Embrace Living
Communities
Affordable Welcoming Hom...





An Embrace Living Community

6333 S Sangamon St | Chicago Il 60621-1962
P 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

April 5, 2023

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Unit #504
Chicago, IL 60621

RE:        Return Of Money Order #1104502348

Dear Mr. Jackson;

This money order **#1104502348**, in the sum of **$292.00** for April 2023, has been returned to you due the past due amount for December 2022 has not received.  As you have been notified on various occasions that you due to your failure to recertify for the program before December 1, 2022.  You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf.  Please make this payment immediately for December 2022 in the amount of $2489.00

Management has previously returned the pass partial payment for December 2022, & January 2023, February 2023, March 2023, until otherwise instructed we will be returning this payment for April 2023.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully,

Lillian Carter
Lead Property Manager





*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

An Embrace Place of Englewood

6333 S Sangamon St | Chicago IL 60621-3962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

May 5, 2023

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Unit #504
Chicago, IL 60621

RE:     Return Of Money Order #1105401364

Dear Mr. Jackson;

This money order **#1105401364**, in the sum of **$292.00** for May 2023, has been returned to you due the past due amount for December 2022 has not received.  As you have been notified on various occasions that you due to your failure to recertify for the program before December 1, 2022.  You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf.  Please make this payment immediately for December 2022 in the amount of $2489.00

Management has previously returned the pass partial payment for December 2022, & January 2023, February 2023, March 2023, April 2023 until otherwise instructed we will be returning this payment for May 2023.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully,

Lillian Carter
Lead Property Manager

Embrace Living
Communities
Affordable. Welcoming. Home

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

June 5, 2023

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Unit #504
Chicago, IL 60621

RE:        Return Of Money Order #1103764739

Dear Mr. Jackson;

This money order **#1103764739**, in the sum of **$292.00** for June 2023, has been returned to you due the past due amount for December 2022 has not received.  As you have been notified on various occasions that you due to your failure to recertify for the program before December 1, 2022.  You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf.  Please make this payment immediately for December 2022 in the amount of $2489.00

Management has previously returned the pass partial payment for December 2022, January 2023, February 2023, March 2023, April 2023, May 2023 until otherwise instructed we will be returning this payment for June 2023.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully,

Lillian Carter
Lead Property Manager

Embrace Living
Communities
Affordable. Welcoming. **Home.**

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

21

## Orchard Place of Englewood

An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

July 5, 2023

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon St
Unit #504
Chicago, IL 60621

RE:  Return of Money Order #1105589529

Dear Mr. Jackson;

This money order #1105589529, in the sum of $292.00 For July 2023, has been returned to you due the past due amount for December 2022 has not received. As you have been notified on various occasions that due to your failure to recertify for the program before December 1, 2022. You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf. Please make this payment immediately for December 2022 in the amount of $2489.00.

Management has previously returned the pass partial payment for December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023 until otherwise instructed we will be returning this payment for July 2023.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully,

Lillian Carter
Lead Property Manager

Embrace Living
Communities
Affordable. Welcoming. Home.

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

22

## Orchard Place of Englewood

An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

August 7, 2023

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon St
Unit 504
Chicago, IL 60621

RE: Return of Money Order #1105588047

Dear Mr. Jackson:

This money order #1105588047, in the sum of $292.00 for August 2023, has been returned to you due to the past due amount for December 2022 has not been received. As you have been notified on various occasions that due to your failure to recertify for the program before December 1, 2022. You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf. Please make this payment immediately for December 2022 in the amount of $2489.00.

Management has previously returned the pass partial payment for December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, July 2023 until otherwise instructed we will be returning this payment for August 2023.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully

Lillian Carter
Lead Property Manager



**Embrace Living
Communities**
Affordable. Welcoming. Home.



*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

September 5, 2023

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon St
Unit 504
Chicago, IL 60621

**RE: Return of Money Order #1105524504**

Dear Mr. Jackson:

**This money order #1105524504, in the sum of $292.00 for September 2023,** has been returned to you due to the past due amount for December 2022 has not been received. As you have been notified on various occasions that due to your failure to recertify for the program before December 1, 2022. You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

You must make the payment in full, in order for the management office to accept any payments on your behalf. Please make this payment immediately for December 2022 in the amount of $2489.00.

Management has previously returned the pass partial payment for December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, July 2023, August 2023 until otherwise instructed we will be returning this payment for September 2023

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully

Lillian Carter
Lead Property Manager



*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621 1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

03/05/2024

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon St
Unit 504
Chicago, IL 60621

**RE: Return of Money Order 1105260574**

Dear Mr. Jackson:

**This money order #1105260574, in the sum of $292.00 for March 2024** has been returned to you due the past due amount for December 2022 has not received. **Management will not be accepting the partial rent or any payment moving forward, due to management appealing the court's decision entered on October 26, 2023**. As you have been notified on various occasions that due to your failure to recertify for the program before December 1, 2022. You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

**Management will not be accepting the partial rent of any payment moving forward, due to management appealing the court's decision entered on October 26, 2023.**

Management has previously returned the pass partial payment for December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, July 2023, August 2023, September 2023, October 2023, November 2023, December 2023, January 2024, February 2024 until otherwise instructed we will be returning this payment for March 2024.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully

Lillian Carter
Operations Manager

Embrace Living
Communities
Affordable. Welcoming. **Home.**

Providing actively aging adults affordable, welcoming homes in communities that embrace living.



*Building Communities and Changing Lives......*
175 W. Jackson Blvd., Suite 350 • Chicago, IL 60604 • (312) 663-5447

October 18, 2021

RE: SBA/PPP Loan/Grant

Dear Client,

It has come to the Housing Authority of Cook County's attention via the Small Business Administration that you applied for and may have received a Small Business Administration/Paycheck Protection Program Loan/Grant (aka SBA/PPP). Our records indicate that you have never reported owning a business nor have you ever reported receiving earnings from said business.

As noted from the HACC Administrative Plan: Exhibit 12-1: Statement of Family Obligations [24 CFR 982.551]

    1. The family must supply any information or documentation requested by the HACC or HUD determined to be necessary for use in the administration of the program regularly scheduled reexamination, or interim reexamination.

    2. Any information that the family supplies must be complete and accurate.

    3. Families must not willfully make or cause to be made any false statements misrepresentations relating to their application or eligibility under this program. (Se Chapter 3, Sections I.K and I.M and Chapter 11, Section II.B)

    4. The family must report in writing to the HACC within 30 days of all changes tha occur in their household's income, family composition, or assets, including:

    d. When there is an increase, decrease, or new income in household for any famil member.

    24. Family members and their guests must not commit fraud, bribery, or any other corrupt or criminal act in connection with the program. (See Chapter 14, Program Integrity, for additional information)

26

7-18-23

Dear - Orchard Place of Englewood - Ms. Fouch - Assistant - Manager -

This is Joseph - Jackson 6333 S. Sangamon St. Apt. #504, - asking for payment - history from - H.U.D. - portion - payments for me in my name for my - rent, not my part of rent payments, not tenants portion. November - 2022, December - 2022, - January - 2023, - til - present please thanks.

Sincerelly
Joseph Jackson

Daniqua Dukes 9/18/23

DANIQUA DUKES
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 28, 2026

27

**UNITED STATES POSTAL SERVICE.**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: MR. JOSEPH-JACKSON
6333 S. SANGAMON-St. Apt. 504
Chicago, IL. 60621

To: ATTN: OFFICE
Orchard-Place-of-Englewood
6333 S. SANGAMON-St.
Chicago, IL. 60621



Postmark Here
SEP 2023

PS Form **3817**, April 2007  PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE.**

CARDISS COLLINS
433 W HARRISON ST FL LBBY
CHICAGO, IL 60699-9208
(800)275-8777

09/22/2023                              09:24 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |
| Chicago, IL 60621 | | | |
| Weight: 0 lb 0.30 oz | | | |
| Estimated Delivery Date | | | |
| Mon 09/25/2023 | | | |
| Cert of Mailing | | | $1.95 |
| Total | | | $2.61 |
| First-Class Mail® Letter | 1 | | $0.66 |
| Chicago, IL 60605 | | | |
| Weight: 0 lb 0.50 oz | | | |
| Estimated Delivery Date | | | |
| Mon 09/25/2023 | | | |
| Cert of Mailing | | | $1.95 |
| Total | | | $2.61 |

| Grand Total: | $5.22 |
|---|---|
| Cash | $10.00 |
| Change | -$4.78 |

https://consecrahousing.onesite.realpage.com/shell/cb/genericmodals/modalsuperrableprin...   12/5/2023

| Unit | Date | Period | Sub | Ctr# Code | Description | Doc# | Charges | Credits | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1-504 | 12/01/2021 | 122021 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2755.00 |
| 1-504 | 12/08/2021 | 122021 | SUBSIDY | HAPLD | HAP Payment | | $2159.00 | | -$4.00 |
| 1-504 | 01/01/2022 | 012022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2151.00 |
| 1-504 | 01/31/2022 | 012022 | SUBSIDY | HAPLD | HAP Payment | | $2151.00 | · | $0.00 |
| 1-504 | 02/01/2022 | 022022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2155.00 |
| 1-504 | 02/15/2022 | 022022 | SUBSIDY | HAPLD | HAP Payment | | $2155.00 | | $0.00 |
| 1-504 | 03/01/2022 | 032022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2155.00 |
| 1-504 | 03/15/2022 | 032022 | SUBSIDY | HAPLD | HAP Payment | | $2155.00 | | $0.00 |
| 1-504 | 04/01/2022 | 042022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2155.00 |
| 1-504 | 04/29/2022 | 042022 | SUBSIDY | HAPLD | HAP Payment | | $2155.00 | | $0.00 |
| 1-504 | 05/01/2022 | 052022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2155.00 |
| 1-504 | 05/06/2022 | 052022 | SUBSIDY | HAPLD | HAP Payment | | $2155.00 | | $0.00 |
| 1-504 | 06/01/2022 | 062022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2155.00 |
| 1-504 | 06/14/2022 | 062022 | SUBSIDY | HAPLD | HAP Payment | | $2155.00 | | $0.00 |
| 1-504 | 07/01/2022 | 072022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2155.00 | $2155.00 |
| 1-504 | 07/06/2022 | 072022 | SUBSIDY | HAPLD | HAP Payment | | $2155.00 | | $0.00 |
| 1-504 | 08/01/2022 | 082022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2216.00 | $2216.00 |
| 1-504 | 08/09/2022 | 082022 | SUBSIDY | HAPLD | HAP Payment | | $2216.00 | | $0.00 |
| 1-504 | 09/01/2022 | 092022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2216.00 | $2216.00 |
| 1-504 | 09/01/2022 | 092022 | SUBSIDY | HAPLD | HAP Payment | | $2216.00 | | $0.00 |
| 1-504 | 10/01/2022 | 102022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2216.00 | $2216.00 |
| 1-504 | 11/01/2022 | 112022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2216.00 | $4432.00 |
| 1-504 | 11/22/2022 | 112022 | SUBSIDY | HAPLD | HAP Payment | | $2216.00 | | $2216.00 |
| 1-504 | 11/27/2022 | 112022 | SUBSIDY | HAPLD | HAP Payment | | $2216.00 | | $0.00 |
| 1-504 | 12/01/2022 | 122022 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2216.00 | $2216.00 |
| 1-504 | 12/05/2022 | 122022 | SUBSIDY | HAPLD | HAP Payment | | $2216.00 | | $0.00 |
| 1-504 | 01/01/2023 | 012023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2197.00 | $2197.00 |
| 1-504 | 01/11/2023 | 012023 | SUBSIDY | HAPLD | HAP Payment | 01112023 | -$2216.00 | | $4413.00 |
| 1-504 | 02/01/2023 | 022023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2197.00 | $661.00 |
| 1-504 | 02/28/2023 | 022023 | SUBSIDY | HAPLD | HAP Payment | 02282023 | $4394.00 | | $2216.00 |
| 1-504 | 03/01/2023 | 032023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2197.00 | $4413.00 |
| 1-504 | 03/15/2023 | 032023 | SUBSIDY | HAPLD | HAP Payment | 03152023 | | $2197.00 | $2216.00 |
| 1-504 | 04/01/2023 | 042023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2197.00 | $4413.00 |
| 1-504 | 04/26/2023 | 042023 | SUBSIDY | HAPLD | HAP Payment | 04262023 | | $2197.00 | $2216.00 |
| 1-504 | 05/03/2023 | 052023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2197.00 | $4413.00 |
| 1-504 | 05/03/2023 | 052023 | SUBSIDY | HAPLD | HAP Payment | 0502023 | | $2197.00 | $2216.00 |
| 1-504 | 06/01/2023 | 062023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2197.00 | $4413.00 |
| 1-504 | 06/13/2023 | 062023 | SUBSIDY | HAPLD | HAP Payment | 0613202 | | $2197.00 | $2216.00 |
| 1-504 | 07/01/2023 | 072023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2197.00 | $4413.00 |
| 1-504 | 07/25/2023 | 072023 | SUBSIDY | HAPLD | HAP Payment | 0726202 | | $2197.00 | $2216.00 |
| 1-504 | 08/01/2023 | 082023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2347.00 | $4563.00 |
| 1-504 | 08/31/2023 | 082023 | SUBSIDY | HAPLD | HAP Payment | 080123 | | $2347.00 | $2216.00 |
| 1-504 | 09/01/2023 | 092023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2347.00 | $4563.00 |
| 1-504 | 10/01/2023 | 12/2023 | SUBSIDY | SUBRENT | GR changed SUBRENT to 2490.00 | | | $2490.00 | $7053.00 |
| 1-504 | 10/04/2023 | 102023 | SUBSIDY | HAPLD | HAP Payment | 09072023 | | $2347.00 | $4706.00 |
| 1-504 | 10/04/2023 | 102023 | SUBSIDY | HAPLD | HAP Payment | 10042023 | | $2347.00 | $2359.00 |
| 1-504 | 11/01/2023 | 112023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2490.00 | $4849.00 |
| 1-504 | 11/30/2023 | 112023 | SUBSIDY | HAPLD | HAP Payment | | | $2633.00 | $2216.00 |
| 1-504 | 12/01/2023 | 122023 | SUBSIDY | SUBRENT | Subsidy Rent | | | $2490.00 | $4706.00 |
| 1-504 | 12/05/2023 | 122023 | SUBSIDY | HAPLD | HAP Payment | 12052024 | | $2490.00 | $2216.00 |
| | | | | | Balance | | | | $2,216.00 |

29

9-18-23

To who it may-
concern -

I Joseph-Jackson talk to the handyman of where I live Luther. He fixed my toilet, and talked to me. He told security-Lady-Shema, said in a Report I threaten him. He goes on to tell me, he told management No I didn't, and he said they had him look at video where clearly you see me-walking off, and Shema calling me back. He said in his opinion she caused me to be talking to her - not no threatening.

P.S. Luther gave me his number that day, but I supposively - threaten - him!

Sincerelly,
Joseph Jackson

Daniquah Dukes 9/18/23

DANIQUA DUKES
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 28, 2026

30

To - WhO - it - MAY - CONCERN

I - Joseph - Jackson talked to my
building HANdyMAN in his office
I think the - 26 - of - MARCH, - about
A statement from him for my
Records of my mental - melt - down
he Agreed. The next day - I think
cause I donot keep up with - days
or - date, Anymore good, I - suffer -
from - deep - depression. The - next - day
is - 27 - MARCH - handyMAN - Luther; he
goes on to tell me - ORCHARD - PLACe - of -
Englewood - MANAgement has his office;
And phone from job - bugged. He - said -
After we talked that day about - Letter
for me. CORPORATe - office had, him -
come to office, and told him -
everything we talked About - the - main -
thing WAS my toilet - handle - in - my -
APARTment which he fixed from it,
RUNNiNg WATeR All Nite. He said
MANAgement stated he canot write
me A Notorized - Letter cause he
Already has A statement wrote up,

31.

with them. And that they threaten
his job. So I Apologized for his job
Threatening him for not taking there
side And telling the truth. And he
thanked me for Asking for the
Letter saying now he Knows they got
office, And phone bugged. After that
I ordered A detector device for
Bugs Listening And camera illegal
devices. So on April 7 24, me And family
members went to my Apartment 6333
S. Sangamon St. Apt. # 504, And used detector.
And it was going off A Lot in A few
parts of my Apartment.

Sincerelly
Joseph Jackson

OFFICIAL SEAL
LISBETH LOPEZ
Notary Public, State of Illinois
Commission No. 970126
My Commission Expires
April 13, 2027

April 11, 2024

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

32

10/25/2021

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon Unit 504
Chicago, IL 60621

Joseph Jackson,

The purpose of this letter is to notify you, the management office has attempted to reach you regarding a package that was deliverer for you. You can retrieve the package from the management office.

Sincerely,
Management



Embrace Living
Communities
Affordable Welcoming **Home.**

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

33

11-8-21

To - Who - it - MAY
CONCERN -

I just open A Letter -
Addressed - fROM - ORChARd - Place
of - ENglewood - Head - MANAgement
Lady - Lillian - CARTer. Stating -
A - 30 - Day - final - Recertification
Notice, And - Stating - Again - my
Recertification - expiRATion - date -
is - 12-1-2021. And open just -
Now ANother Letter Stating -
ORChARd - Place - of - Englewood -
MANAgement - got my delivered -
pACKAge, that I CAN pick - up -
fRom office, And take CARe - of -
my RecertificAtion - Business. Meaning
they stole my AMAZON - PACKAge -
AS A peRSON just takes pACKAges - fRom
people off there porches - outside, cause
I never gave MANAgement - permission -
to do so, - All A intimidating Act
to get me to office, cause they
think I did - SCAM - on - the - P.P. LoAN.

Sincerelly

Joseph Jackson

State of _____ IL

County of ____ COOK

Signed and attested before me
on __11/8/2021__ (date)
by __Joseph Jackson__ (name/s of person/s)

_____
(Signature of Notary Public)

"OFFICIAL SEAL"
YESENIA MENDOZA
Notary Public, State of Illinois
My Commission Expires 4/21/2023

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

November 22, 2021

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Chicago, IL 60621

RE:    Resident Letter

Dear Mr. Jackson;

I received the letter/notice you mailed to me. Thank you for sending the necessary information regarding your recertification, those notices were to express the since of urgency needed due to the HUD system automatically terminating your assistance for failure to certify. I must clarify, although your lease goes into effect on 12/01/2021, your information must be uploaded into the system 30 day *__prior__* to your effective date. To further clarify, you must have all your information into the office to be verified and entered into the HUD software by October 31st of that year so that all collected data could be submitted by the 1st of November. This allows the HUD system to be programed with your new calculation to go into effect on the 1st of December. I just wanted to inform you that those notices are standard formatted notices that are system generated.

Although we received your information on the 16th of November, it is considered late. We have entered your data, and hopefully they information has enough time to be uploaded for approval. Unfortunately, if the information is not signed before **November 29, 2021** your assistance will be terminated for 1 month. Your signature is pivotal to the completion of the process.

In response to your package, your package was not held hostage, we brought it into the office so that it wouldn't go back, there was a new guard duty the date it came, and they were not familiar with the proper procedure of collecting packages. In turn, we place a notice under your door to NOTIFY you that you management had a package for you and awaited your instructions as to what you wanted us to do with it. As always, you can communicate with us to assist you in any way to make your living more comfortable within our policies and procedures.

It is with great sadness that you feel as if you are being harassed, I would like to speak with you to address any concerns you may have. Please feel free to contact me at 773-488-4999.

Respectfully,

Lillian Carter
Lead Property Manager

Embrace Living
Communities
Affordable. Welcoming. **Home.**

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*



35 pg.

Dear-Lillian-
Carter-

1-23-21

Hud had nothing to do with you And
your Assistants Actions period. You
tell it in your Letter to me-received-
inside-my-Apartment After-, just-getting
And receiving my tooking and-stolen-
package for intimidation, to-get-me
to come to office,-to-recertify-
early cause you thought-and-
Assumed I did-PPP-Loan-Scam, and-
you so blinded to get retaliation-
back-you Assumed and-made-a-
Ass-hole out both-yourselves. You-say,
" My information must be uploaded into
the system, 30 day prior to your-
effective-date" First time-hearing-this-
from All the other notices-of-harass-
ment-none-stating this which means
its A Lie, or why bring up, now-
cause of my Letter-should-have-
been in others As we'll. Cause-that,
means Really my due date, was
November-1-2021-And I³m Late.
But in management Letter before
yours from your Assitant, I³m-

36

pg.

good, how? Cause what you-stated
just now I'm Late. And-it-
I'm Late, -or- you haven't-
gotten a answer on me, why
do a Lease with me - cause-
you are a Liar. Management-seen-
my new truck, Assumed -PPP-Loan-
Scam, you all, -management-saw-
-a- opportunity for Retaliation -to-
plan to force me to hurry -6-months
early to prove, I did the -PPP-Loan
Scam -to-embarrass me putting
me out in summer, cause you
know you can't put me out in
the winter months. And now that
I didn't do the -PPP-Loan, force me
to sign Lease to, save face-with-
Boss. Cause there housing Business is
Funded, with, Grant money, and if ain't
used, have to pay it-back. Ain't -No-
system generated -No- harassment,
stress, retaliation, intimidation,
And - Stealing, -only Orchard-Place-
of- Englewood - Management - Lillian-
Carter, -And- Laquon -Fouch. And -you-
Ain't received my Letters -No-
week Later, you probably -open-

37 A week Later. Stop trying to make it close-to-12-1-2021 as of this Letter still not passed the "due-date"-of-12-1-2021. As of my package-"Stolen"-by-management, Management could have easily told security to try and contact-tenant, No-answer, to put in Security-Closet,-in' doing so, Showing them the proper procedure'-Not-hard-or Long-to-do,-so stop covering up and making' excuses'-New-Gaard-duty,-it-came. What I wanted Management to do with,-the-same as other packages that came for 7-years', and the package that came days before, the-one management took and stole. Why would-I-Communicate with the people, thats cause-Me-mental; Stress-and-Anguish,-to get me Locked up and Lose my place-to-Stay,-Roof over my head. Me-going off' with my condition, they know of-And management making it a domestic that they made-but me being punished for,-cause

38

pg. 4 - of - 4

the system would have favored-
cause - management called - on -
tenant. But if I called - on
management about taking - and -
stealing my package police -
would not have arrested - management
It was great sadness the way
management and yourself harassed
and mentally - stressed, me out. And
due to your actions and, management
took me to a dark place, I have
not been, in years! where - I -
haven't - had the thoughts - of - hurting
me or someone - meaning - management.
cause you all are the ones that
inflicted - pain upon me. And even - in -
your letter being sarcastic - it is with -
great - sadness, that you feel as if you - are
being - harassed, - I'm the one - it's - being
done to, - so I should know harassment,
and you too, - you. And management - did - it - too,
P.S. - How a package going back and its addressed- Sincerelly
right, and at - right - address - and - name? Joseph Jackson

State of _Illinois_

County of _Cook_

Signed and attested before me

on _Nov. 24, 2021_ (date)

by _Joseph Jackson_ (name/s of person/s)

_____
(Signature of Notary Public)



ROSA OLIVO
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 18, 2024

11-04-21

DeAR-HUD-

I'm writting this Letter in regards
to Orchard-place of Englewood-Lead-
Property-Manager-And Assistant-Manager-
Laquon-Fouch. I have wrote up A charge-
of-harassment, retaliation, theft, and
intimidation to A disabled person. A-Letter
from Lead-property-manager blaming-Hud-
system. Lead-property-manager-Lillian-
Carter Letter-states-"All the Notices
pushed threw my door of my apartment
and mailed to harass and stress me
out 6 months before "my" time of Lease
recertification; due-date-12-1-2021. Were
to express the since of urgency needed
due to the HuD system Automatically
terminating your Assistance for
failure to certify. And in Letter-
just wanted to inform me that
those Notices Are Standard-formatted
Notices that are system-generated.
See, I was Already being harassed
And stressed out before this
recertification. But when management
seen me in A new truck,

they got blinded for -there-
Retaliation move, due to PASS
charge from Human -Rights. They
meaning Orchard- Place of-Englewood-
Management -team -Lead- Property-
Manager -Lillian -Carter -And- Assistant
Manager -Laquon -Fouch, got, Ahead-of-
themselves Assuming I, did, the-PPP-
Loan -scam, And -I- didnst. And it the
Letter, it goes to state. All -Just-
being told to me, now -where -in-
the PASS, it was just my due date-
is- 12 -1 -2021. "My information, -must-be-
Uploaded into the system 30 days prior
to my effective date. My info, must be
entered after verified into-HUD -software
by October -31st of that year so that
All collected data could, be submitted
by the 1st of November. This Allows
the HuD system to be PROGRAMED
with your, new CALCULATION to go
into effect on the 1st -of-
December. But if this is true -I'm -
Already -Late, And -why -they -telling -me to sign
A Lease by November -29 -2021 -or-
my Assistance will be terminated
for 1 -month, your signature -is -

41

pg. 3 of 3

pivotal to the completion of the process. Upon A ANSWER to my — Letter to HUD — About — is — this Letter AND All the other — harassing Letters from — HUD — STANDARD — formatted Notices that ARE SYSTEM generated? CAUSE I'm not VERY SMART — but the notices I been getting ARE Letter — headed — from — ORChard — place — of — Englewood — citing some PARTS of my Lease. Did — HUD — tell — Orchard — place — of — Englewood — to — Send — harassing — And — threating, — Notices?

SINCERElly

Joseph Jackson

State of __Illinois__

County of __Cook__

Signed and attested before me

on __Nov. 24, 2021__ (date)

by __Joseph Jackson__ (name/s of person/s)

_____

(Signature of Notary Public)

ROSA OLIVO
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 18, 2024

42

UNITED STATES POSTAL SERVICE.

CARDISS COLLINS
433 W HARRISON ST FL LBBY
CHICAGO, IL 60699-9208
(800)275-8777

11/26/2021 10:52 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope Washington, DC 20410 Weight: 0 lb 3.80 oz Estimated Delivery Date Wed 12/01/2021 | 1 | | $1.76 |
| Cert of Mailing | | | $1.65 |
| Total | | | $3.41 |
| Western Wear | 1 | $11.60 | $11.60 |
| Grand Total: | | | $15.01 |
| Credit Card Remitted | | | $15.01 |

Card Name: VISA
Account #: XXXXXXXXXXXX8770
Approval #: 06381C
Transaction #: 476
AID: A0000000031010 Chip
AL: VISA CREDIT
PIN: Not Required CHASE VISA

****************************************
USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19. We appreciate your patience.
****************************************

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail

U.S. POSTAL SERVICE CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From: Mr. Joseph-Jackson
6333 S. Sangamon-St. Apt
Chicago, IL. 60621

One piece of ordinary mail addressed to:
HUD
451-7th-St.-SW,
Washington-D.C. 20410

PS Form 3817, January 2001

NOV 26 2021

UNITED STATES POSTAL SERVICE
1000

U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL
60699
NOV 26, 21
AMOUNT
$1.65
R2304W119600-18

43

Dear-Consumer
Services

## "Cover-Page"

Charge-of-harassment-Retaliation,
Stealing-and-intimidation-to-a
disabled. Despite been Knowing
the person's condition and its
in his files with Management. Ju
didn't care, just went-on-and-on
with there wrongfully actions. An
when they really thought they
had the individual, got blind-side
to where they didn't care how
or what they did to hurt him.
P.S. Proof-will-Show.                    Sincerell

Joseph Jackson

State of ___Illinois___
County of ___COOK___
Signed and attested before me
on ___Nov. 15th 2021___ (date)
by ___Joseph Jackson___ (name/s of person/s)
___Rela___
(Signature of Notary Public)

ROSA OLIVO
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
June 18, 2024

44

To-Whom-It-May-
Concern:-

Orchard-Place-of-Englewood-
Property-Manager-Lillian-Carter
And-Assistant-Manager-Laquon-'
Fouch-, has harassed me one
thing after Another. This time
for my Apartment-Stating my
Apartment is cluttered and
my Apartment, may be storing
bed-bugs, and, roaches but-none
found from bed-bug-Dog-
inspection. Cooking grease on the
wall of kitchen backsplash-wall,
A little grease, which-I-cleaned
so they would stop with the
harassing me for what they-
could. Video's of my house-Around
the times of notices and letters
of-due to there Apartment-is
small for my stuff, but-things
clean and neatly folded and
stacked, in cabinets-open-no-roaches.

Sincerelly
Joseph Jackson

State of
County of    COOK

Signed and attested before me
on   11-19-2021        (date)
by   Joseph Jackson   (name/s of person/s)

(Signature of Notary Public)

"OFFICIAL SEAL"
YESENIA MENDOZA
Notary Public, State of Illinois
My Commission Expires 4/21/2023

45

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE–POSTMASTER

Received From:

Joseph Jackson
6333 S. Sangamon – st.
Chicago IL. 60621

One piece of ordinary mail addressed to:

Orchard Place of Englewood
- 6333 · S. Sangamon – st.
Chicago IL 60621

PS Form **3817**, January 2001





U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL
DEC 06, 22
AMOUNT
$1.75
R2304E106101-20

RDC 99

46

To who it may concern-

On 12-07-22 morning,
I Verlillian Winfield came to
6333 S. Sangamon St. Apt #504. At
a little after 1 am-around to drop
off Mr. Joseph Jackson Award
Letter from Social-Security for the
year 2022. Early 12-06-22 around
10 pm sent through the post
office certification paper-work
for Mr. Joseph Jackson to orchard
place of Englewood management office.
P.S - 2 major-Deaths in 5-months-
his-brothers.

Sincerely!!

DARLEAN RILES-OKOTETE
OFFICIAL SEAL
NOTARY PUBLIC
STATE OF ILLINOIS
Notary Public - State of Illinois
My Commission Expires
August 31, 2023

12/8/22

47

## Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon St
Unit 504
Chicago, IL 60621

**RE: Return of Money Order 1106207898**

Dear Mr. Jackson:

**This money order #1106207898, in the sum of $382.00 for July 2024** has been returned to you due the past due amount for December 2022 has not received. **Management will not be accepting the partial rent or any payment moving forward, due to management appealing the court's decision entered on October 26, 2023.** As you have been notified on various occasions that due to your failure to recertify for the program before December 1, 2022. You were placed back into the program effective January 1, 2023, but you failed to pay the full amount of December rent.

**Management will not be accepting the partial rent of any payment moving forward, due to management appealing the court's decision entered on October 26, 2023.**

Management has previously returned the pass partial payment for December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, July 2023, August 2023, September 2023, October 2023, November 2023, December 2023, January 2024, February 2024, March 2024, April 2024, May 2024, June 2024 until otherwise instructed we will be returning this payment for July 2024.

If you have any further questions, please feel free to contact the management office at (773) 488-4999.

Respectfully,

Lillian Carter
Operations Manager



Embrace Living
Communities
Affordable. Welcoming. **Home.**

Providing actively-aging adults affordable, welcoming homes in communities that embrace living.

48

**An Embrace Living Community**

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

December 8, 2022

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Unit #504
Chicago, IL 60621

RE:       Required Document for Reinitiating HUD subsidy.

Dear Mr. Jackson;

Thank you for placing your Social Security Award Letter in the management mailbox on Thursday, December 08, 2022, but unfortunately we must have your written consent to use any information provided. Please come to the management office or sign all the documents in the provided packet to determine the eligibility of qualifications. If the documents are not received, we will be able to use the information provided to determine your eligibility.

Please note once the information is received, you will be redetermined for the 1st of the upcoming month, not for December 2022 since the information was received after the1st of December. You will still be responsible for the full amount of rent due to losing your eligibility at the time needed for your recertification that went into effect on December 2022.

Respectfully,

Lillian Carter
Lead Property Manager

Embrace Living
Communities
Affordable Welcoming Home.



*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

49

2-24-22

Dear-H.U.D.-
Director-Lon
Meltesen

I Recently sent-H.U.D.-
A-Compliant-PACKAge-Letter,
And documents, And proof-of-
HARASSMENT And threat-Letters
And 3-notices of termination-of-
Lease-finals, And Letter putting
the blame, on-H.U.D.-And-I-
have yet to receive-A-Response
from-H.U.D.-from Last-year-
Nov.-2021. So this is why I'm
writting And sending Second-Letter
Complaint-PACKAge.

Sincerelly
Joseph Jackson

State of ___IL___
County of ___COOK___
Signed and attested before me
on _2-24-22_ (date)
by _Joseph Jackson_ (name/s of person/s)
_Letica Tzintzun_
(Signature of Notary Public)

OFFICIAL SEAL
LETICIA TZINTZUN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES AUG. 16, 2023

50

1-22-23

DeAR-H.U.D.

This Letter is A Request for
iNFORMATioN uNDeR the LAW -Freedom
of-INforMATioN-Act. Did-ORcHARd-
PLACE-of-ENglewood -Address-6333 S.
SANgAMON- St.- Chicago, IL. 60621-
OFFiCe,- get pAid ReNt -December-
MONth- 2022 ANd JANUARY -MoNth.
2023 foR teNANT-Joseph-JACKSon
Address-6333 S. SANgAMON -St.-Apt.#504
Chicago, IL. 60621. They ARe trying to
evicted me due to me being LAte
with pAperwork for Recertification,-due
to me being disAble ANd hAviNg A
condition of severe depreJJioN. Doctor
Notes ASkiNg them to please excuse
CAuse of, ANd its iN my files
with ORchARd-PlACe-of-ENglewood. And
question- Couldnot ORcHARd-Place-of-Englewood
gotten December-2022 -Rent-pAyment
bACk-dated -ANd-eveNtuAlly paid-After
pRocess of CeRtificAtioN? ANy-Statement
of proof of would be moSt AppReciAted
please = thANk-you, ANd Igm ASkiNg-Igm-
If Approved - for -ASSistANce-foR-ReNt? SiNcere ly
Joseph Jackson

Subscribed and sworn to before me

this 22nd day of January 20 23
at Chicago, County of Cook, State of Illinois.

Notary Public _Sara V.

SARA V MUNOZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 09, 2026

51

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

6333 S. SANGAMON St. Apt. 504
Chicago, IL. 60621

To: H.U.D.
77 W. JACKSON BLVD.
Chicago, IL. 60604

CARDISS COLLINS POSTAL STORE
60699-9998
Postage Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065

UNITED STATES
POSTAL SERVICE®

RDC 99

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60699
JAN 22, 23
AMOUNT

**$1.85**
R2304M116247-45

52

to whom it may concern
I talked to HUD 2 day
2022 - Time 10:02

I spoke with latasha about Joseph Jackson
Rent for december, January & February. Miss
Latasha said for him not to move out of
his unit because of they want him to move
they will send him a letter out from the office.
They are collecting the portion of the rents. She
said something is not right about that
picture. and I also proceeded to call her
did they pay the full amount of rent. She
said yes they did. She also said she was going
to send him a copy of the payment for december
January & February. I spoke with miss serena
as well on the 27th and she said that
Mr Jackson did Not have to move out
of his unit, they also said they paid
for his december, January & february Rent.

State of __IL__
County of __COOK__
Signed and attested before me
on __3·15·2023__ (date)
by __Yolanda Essie__ (name/s of person/s)
(Signature of Notary Public)

X Yolanda Essie

OFFICIAL SEAL
LETICIA TZINTZUN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES AUG. 16, 2023

Dear-H.U.D.-HQ-
Secretary-of-H.U.D.-
Marcia-L.-Fudge-

I am writting this Letter to
Request payment-history. From-
H.U.D. for-Joseph-Jackson-Address
6333 S. Sangamon-St.-Apt#504-Chicago,
IL. 60621. Payments-7-months
back to recent now, -Oct. 2022-
Nov. 2022-Dec. 2022,-Jan. 2023-Feb.
2023,-March-2023-And-April-2023,
Asking under the-Freedom-of-
Information-Act. Project #071EH516-
Contract#IL06T881001. Name-of-
Project-Orchard-Place-of-Englewood-
Address-6333 S. Sangamon-St.-Chicago,
IL. 60621, please, thank-you!

Sincerelly
Joseph Jackson

On April 4th 2023, before me notary
Sandra Partida in Cook County in the state
of Illinois, appeared Joseph Jackson.

Sandra M. Partida 4/4/23

SANDRA M PARTIDA
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 11, 2026

9/5/23, 2:31 PM

Service Request: HUD Unified One Main NEW Payment History - Dynamics 365

Customer Service Hub

Search

← □ + New ⊙ Resource Locator ♦ Sharepoint ⟳ Refresh ↷ Reactivate Case ⊞ Process ∨ ☆ Follow

⊙ Read-only This record's status: Resolved

**Payment History** - Saved
Service Request

CAS-532665-H7V7V4                    **Tier 1 Closed**    9/5/2023 2:30 PM  ∨
Service Request No        Rodney Flippen    Status Reason    Created On
                          Owner

Summary    Associated KB Articles    Prior Service Requests    Related ∨

CONTACT INFORMATION                                    DESCRIPTION

Anonymous Contact                                      Subject*
                                                       Payment History
Contact Search            ⊗ Joseph Jackson
                                                       Description*
Edit Contact?             - - -                         Mr. Jackson is looking for payment history from November 2022-Present

Primary E-mail            - - -

Primary Phone             (312) 880-8022

Primary Phone Ext.        - - -                         Primary Category             ⊕ External

Work Phone                - - -                         Sub Category                 ⊕ Local Government

Work Phone Ext.           - - -                         Search    My favorites

Flagged Contact?          No                            ↪ Payment History

55

Dear - H.U.D. -

This is A Request for - "emergency-
relocation - moving - PAPERS" - now - please,
Orchard - Place - of - Englewood, - took -
me to eviction - court - trial, - and -
Judge, made, judgement in my - favor
the - defendant. My Lease is up in
November - 2023 - the end of the
month. And my building management -
of - Orchard - Place - of - Englewood, - has
not sent notice of, - OR - forms
for Redetermination to me - period. -
As of this letter to H.U.D. - making
Request for paperwork, - I have - Requested
Rent payment history AgAin of - H.U.D. -
Rent payments in my name for - November
2022 - December - 2022 - And whole - year
of - 2023 - to - present, - plus - W9 - form
and - emergency - relocation - moving - papers,
As of this letter same time, - Thank - you.

Sincerely

Joseph Jackson

OFFICIAL SEAL
LISBETH LOPEZ
Notary Public, State of Illinois
Commission No. 970128
My Commission Expires
April 13, 2027

November 16, 2023

56



# Fax Cover Sheet

Date _11-16-23_   Number of pages **3** (including cover page)

To: H.U.D.

Name _Corporate-office-Head_

Company _____

Telephone _312 - 913 - 8364_

Fax _312 - 913 - 8889_

From: Joseph - Jackson

Name _Tenant - Apartment# 504_

Company _6333 S. Sangamon - St. Chicago, IL. 60621_

Telephone _312 - 880 - 8022_

Comments _____

_____

_____

_____


**\*4900\***
Fax - Local Send


**\*4901\***
Fax - Domestic Send


**\*4902\***
Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2023 FedEx. All rights reserved. Products, services and hours vary by location. 622.OP03.001

2188309R

57



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: MR. JOSEPH - JACKSON
6333.S. SANJAMON - St. Apt. 504
Chicago, IL. 60621

To: DIRECTOR - Kimberly - DANNA
H.U.D. - FedRAl - Building
77 W. JACKSON - BLVD.
Chicago, IL. 60604

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE®**

RDC 99

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60699
NOV 16, 23
AMOUNT

**$1.95**
R2303S101938-45

pg. 1-of-3

1-30-24

DeAR-H.U.D.

You SAY you did A iNvestigation
AND ORCHARD-PlAce-of-Englewood
MANAgement told you I threaten
them, AND you sided with-
them on heARSAY. If-you-properly
investigated AND Asked the-
proper questions. Proper questioning
would hAve been After heARiNg-
MANAgement-sAying I-threaten
them. Did MANAgement-CAll-Police
Did Resident Joseph-JACkson-get
ARRested? IS there -A- ARRest-Report
Is there CAMERA'S where-iNcident
took place? Is there Video-AND-
Audio? Not A Security-guARD-Report
security guard works for them
Long time, A fRiend-of-there's
If this is the day I RemembeRed
it WAS A MeNtAl-melt-down-
foR me,-fRom-coNtiNuous-stress
AND hARAssment,-fRom-ORChARD-
Place-of-Englewood-MANAgement
Security-GuARD-StAted-I-threaten
hANdyMAN-Luther,-did you question?

THANKS for just now Responding to any of my Letters that was Notarized, and sent-to-H.U.D., since 2021. And you speak of me going to office to speak speak-to Management, Again siding with them. You would like for me to meet with people who stressing and harassing-me, for me to snap out from the presser of stress from Management, so-they could really call police on me. Management been sending-OR-putting mail-or-documents threw my door. And by H.U.D. Not stepping or Responding to my Letters period since 2021-til-just Now-in-January-2024, I=Kept-the peace by staying away from-management as my family and payee told-me. And why Listen to-H.U.D.-when-H.U.D. told my family to tell me to make payment Arrangements to Management when-H.U.D.-paid-$2,159.00-12-8-2021, $2,216.00-2-6-2022, $2,490.00-12-5-2023. Plus-Judgement-for-lefendant-me-meaning I don't have-to-pay-December 2022-Rent. But here it is H.U.D.-still trying to force me to pay-the-$2,489.00 to-Orchard-Place-of-Englewood-Management,

60

pg. 3-of-3

Siding Again with Management And discriminating against me and my civil-Rights. Cause if I was white this wouldn't be going on, nor-this Long. H.U.D. on me-About hearsay, but-retaliation on me for winning in eviction, putting-A-Notice from Management And there Lawyer-of-Termination-of-tenancy, Like it's Lawful-And-politically-correct. Character-Assassination I'm-A-criminal and doing criminal-activity A-Stalker. Violation-of-the-HippAA-LAW, And-violation of tenants-Rights, Management came in my Apartment! And-put A New,-Air-Conditioner-in-, Knowing they got me in eviction-court,-Sincerely

Joseph Jackson



TAMIKA PALMER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 28, 2026

Tamika Palmer

1/30/2024

Dear-Human-Rights
Department-

I tryed to Let it go, the-discrimination,
harassment, intimidation, theft,
Retaliation, threatening, and smiley-
faces. on my Rent Receipt. To me
made me feel some type of-way,
like-sexual-harassment. Smiley-face,
suggestive-message, suggestive-Remarks
or Looks cause people to think
About sex, often in a way that-makes
them feel uncomfortable. Smiley-face,
mean in a text - A text is A
form-of Letter! Adding this-emoji-
to A text indicates you Are-flirting
or sending A suggestive message. Not
too Long Ago, A attack on. me
About my femail company spending
nites. Security-Guards suppose to
sign-in -And- sign-out - wasn't-doing
there jobs. Made Log-in-books - Look
Like my company stayed days - even
weeks - wanted me I think, cause
I suffer from deep-depression, some-
times - I can't Remember things-good,
or At All. I don't keep up with-dates
and-times Like I use to - thats
why I'm on disability And have A
payee to try to help me keep-up
with important dates -And-
times -As best they can - Rent-
And- etc. And now I'm threatened

ranting
e-to
y-more
nt-or
liction

pg. &
62

AGAIN with eviction, AS of LAST-yEAR-too.
LAST yEAR WAS due to I just
bought A New 2021 tRuck, they-don't
Know if I WON it, OR how I-got,
OR Able to PAY for. They just
ASSumed them And H.U.D. due to
A Notice sented out to All-housing
person to check, to see if people
I did the-SMALL-business-LoAN, PPP.
So NoW they RecertifY, earlY to trY
to catch people who did, which is
A sign of hARASSMent, intimidation,
RetaliAtion, And it CAN be double for
Me, this is my second-CharGe-oN-
ORchARd-Place-of-Englewood-And-
CONSecRA-Housing-Network,-old-charge
NUMbeR# IDHR-2015CH0804, HUD 05-14-
1590-8. New-Charge-Respondent: Lillian-CarteR,
And,-LAguon-Fouch-the smiley-face person-of
And-CONSecRA-Housing-Network. I sent A
charge off LAST yeAR to WRONg address-excuse-
Me,-And-to department-of-ConsumeRs-No-Response
yet, MY depression. Will Send All charges-of-LAST
yeAR-And- this one 2022 Notarized-documents
of events on, I'm scared cause-time-is-
RUNNiNg out on me to evict-me.So-I'm-
sending this Letter first, then-the-proof-package.
                                    Sincerely
                                Joseph Jackson

State of __IL__
County of __COOK__
Signed and attested before me
on __12-8-22__ (date)
by __Joseph Jackson__ (name/s of person/s)
__Lorraine Presswood__
(Signature of Notary Public)

OFFICIAL SEAL
LORRAINE PRESSWOOD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JUN. 30, 2023

83



UNITED STATES
POSTAL SERVICE.

Certificat
Ma

This Certificate of Mailing provides evidence that mail has been presented to USPS® for
This form may be used for domestic and international mail.

From: MR. JOSEPH JACKSO
P.O. BOX 24817
CHICAGO, ILL 606

To: Union - Rights
655 W. Monroe St.
Chicago, Ill 6066

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
CHICAGO, IL
60699
JAN 18, 23
AMOUNT
$1.75

64

3 - 8 - 23

Dear - Human - Rights

As of 3-5-23 I have yet to
receive A Letter - or - charge - from
you. I Am requesting my - charge -
of - discrimination , Retaliation - of
Human - Rights - charge , intimidation, -
harassment , - stress , mental - Anguish,
threaten , - to A disabled - person. I
have Already sent A package - of - proof.
And Asking for Letter for right - to - sue.
Sincerely

P.S. Charge - Against - Orchard -
Place - of - Englewood - 6333 S. Sangamon -
st. Chicago, IL. 60621



MARIA TORRES
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 26, 2023

Maria Torres
March 6, 2023

pg. 1 - of - 3

3 - 6 - 23

Dear - Human Right.

This is A complaint of Charge - of - discrimination - Against - disable - person, from - H.U.D. Family - member called H.U.D. on my behalf - Joseph - Jackson Address - 6333 S. Sangamon - st. Apt. # 504. Due to discrimination to me from building - management - Orchard - Place - of - Englewood - Address - 6333 S. Sangamon - st. Chicago, IL. 60621. And threats of Eviction due to me missing Recertification And old Human - Right - Charge - Retaliation. Even thou my Doctor sent two - Letters telling them I deal with deep - depression, And had just Lost - 2 - brothers, to death back - to - back and my mom. The depression is in my files with management since first - Lease. Calls - was - maded to H.U.D. - on - February - 23 - 2023 then first called in Response - Came in - February - 23 - 2023, First H.U.D. - Representative - Latasha - "said - Orchard - Place - of - Englewood was paid in full for December - Rent - 2022, - And - was paid for January - 2023 - And - February - 2023, And that she will send printout of payments - for - Latasha - Also - said - "Something - not right they not taking MR. Jackson's

86

pg. 2 - of - 3

PART of RENT - the PROblem is
with his MANAgement - Not - him.
Told family - member - Yolanda - to - tell
me to keep doing what he doing.
H.U.D. - will get with his - MANAgement
First - thing - Monday - February - 27-23.
Monday comes - And - New - different -
Lady from H.U.D. - Calls. Saying
to family - member in A Call - that
she talked to MANAgement, I
wouldnst be put out - but - I - Need
to go to MANAgement And talk
to them About paying December -
2022 - Rent, or make payment,
plans, - And- Said H.U.D.! - Received -
my package - complaint. 2nd - Lady -
Representative for H.U.D. - goes on
About MANAgement was paid Dec.
2022, - And - Mr. Joseph - Jackson
will be sent printout of payments,
still havenst Received yet - Nor -
A Response Received - package -
in form of Letter, Nor - A -
Response from Letter sent to
H.U.D. - dated - 11-24-2021 - About my
MANAgement Attacking me About
the - PPP - Loans from - Small - business
Association, - MANAgement saying -
H.U.D. got them pressuring - tenants.
I donst have No $2400.00 IAnd -
something money for Rent - And -
why? When H.U.D. been paid MANAgement
for December - 2022 - And - January - And -

Pg. 3-of-3

FEBURARY-2023-RENTS. And-if-so, thats -FRAUd. If management-ORCHARd-PLACE-of-Englewood- got-PAId, meANiNg, they took-bigger piece of RENT - And wAsN't suppose-to. Just like MANAgement sent me A letter oR, put-iN my dooR, And RETURNEd my PART of my Rents. They-should-hAve sent H.U.D.-A-letter denying there PARt of the Rent- foR me. MR. Joseph-JACKSON cAUSE its All the sAME, -one-RENt. And telling H.U.D.-I got to PAy this $24 00.00 -AN- something RENt pAymeNt, -they AlReAdy got pAyed foR by H.U.D.-but, All but my PART of RENt, is A cleAR RetAliation-move on me, to-chAstise me with double pAyiNg-December-2022- RENt-is unlAwful, - And-wRoNg. And foR H.U.D. to go Along with the wRoNg doing. I-Need A chARge NUmbeR foR H.U.D.-And A Right to sue, letteR pleAse- thANks. You AlReAdy hAve pRoof pAckAge- fRom-ORchARd-PlAce-of-Englewood -chARge.

sinceRely

Joseph JAckson

MARIA TORRES
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 26, 2023

Maria Torres
m. 11. 1. 2023

68

**UNITED STATES POSTAL SERVICE®**

Certificate
Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From: MR. Joseph-JACKSon
P.O. Box 24727
ChicAgo, IL. 606

To: HUMAN-Rights
555 W. Monroe-St. #5
ChicAgo, IL. 606

PS Form **3817**, April 2007 PSN 7530-02-000-9065



U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL
60699
MAR 09, 23
AMOUNT
**$1.85**
R2304E106101-20

RDC 99

---

**UNITED STATES POSTAL SERVICE®**

Certificate
Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From: MR. Joseph-JACKSon
P.O. Box 24727
ChicAgo, IL. 60624

To: ATTN: MANAGER
HUMAN-Rights
555 W. Monroe-St. 7
ChicAgo, IL. 60061

PS Form **3817**, April 2007 PSN 7530-02-000-9065



U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL
60699
MAR 09, 23
AMOUNT
**$1.85**
R2304E106101-20

RDC 99

DEAR-HUMAN-
Rights

This is A complaint Against -Human-
Rights discrimination on A disable-
person. I Recently sent 2 charges of
discrimination and Retaliation, And etc.
to disabled person, back in JANUARY-2023,
And- FebRUARY -2023. Here it is July -24-
2023, WAY passed 10-weeks AS WAS
told on phone by Human-Rights-person
to receive in mail. I been calling
And leaving voice-messages -to MS. Perez
of department, of housing discrimination
of -Human-Rights, - one time connected
by - MS. Pentise-Something of, Human-Rights-Department.
The time I called was July-11-2023, time
9:47 Am - 8 mins. -47 sec. Then 2 more-times
phone calls And left voice-messages, July-
13-2031, And July-19-2023. Still- 'NO-
Response' NOR charges in mail. Adding
more stress and Anguish to me. Management
people Already got me in eviction court which
Sudden be if I received my charge And
Right to sue. Making eviction court think I am - in-court-
for not paying rent. Which is A lie, I have
paid rent on time And up-to-date, I-missed
A certification date due to may mental-
condition of deep depression. Which was given
to my management of my building -day
of Keys And Lease given to me. Doctor
statement of diagnose then And Now, -I-
loose days And time, And don't Keep

up with due dates, NOR doctor-appointments
if **H.U.D.** didn't penalize me what
makes them think they can. More proof
to my discrimination charge - for - got-me
in eviction-court for pay December-Rent
2022 the whole Rent by myself $2,489.00
If I could pay that, I wouldn't need
**H.U.D.** - Assistance for Rent -And housing.
And I haven't received a letter from
**H.U.D.** - yet -saying they stop payment
And why, meaning they still receiving
Rent payments in my name from
Federal - Government, which is fraud. M
Rent part, and -**H.U.D.** -Rent -payment
are the same entity. The day my-
building -management Refused my Rent,
they should have Refused **H.U.D.** - Rent -part-
too. But they didn't And I have
written **H.U.D.** to about this problem
And asked for printout of Rent -
payments from November - 2022 -And-
December- 2022, -And -January- 2023-to-
present still, NO - answer (NOR -printout
And I know Charge and Right to sue
haven't went out to Orchard -Place -of-
Englewood cause they still attacking- me.
Told my Legal -Aid -Lawyer, I threaten
them, but even in the definition in
threaten - it states one's intention to
take hostile action against someone in-
"Retribution" -for something -done. Behind -
every action there comes a Reaction, more
proof they doing something to me first

71

1) WAS police cAlled, if I threAten them? 2) Is there A police-Report? 3) WAS-I-MR. JACKSON-ARRested? 4) Is-there Video to the threating, there-ARE-CAMERA AROUNd to Record? Could I please get my my chARges please, I cAN-eveN-come pick them up, fAmily member cAN come get for me, thANks.

SinceRelly

Joseph Jackson



JENNIFER NAVARRETE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 21, 2026

Jennifer Navarrete
4/25/2023



UNITED STATES
POSTAL SERVICE®

Certificate O
Mailing

PS Form 3817, April 2007 PSN 7530-02-000-9065

From:
Mr. Joseph Jackson
P.O. Box 47217
Chicago, IL. 60647

To:
Human - Rights
355 W. Monroe St.
Chicago, IL. 60661

UNITED STATES
POSTAL SERVICE®

Certificate O
Mailing

PS Form 3817, April 2007 PSN 7530-02-000-9065

From:
Mr. Joseph Jackson
P.O. Box 47217
Chicago, IL. 60647

To:
Human - Rights - Commiss.
69 W. Washington - St - Suite -
Chicago, IL. 60602



RDC 99

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60623
JUL 25, 23
AMOUNT
$1.95
R2305P150597-21



RDC 99

U.S. POSTAGE PA
FCM LETTER
CHICAGO, IL
60623
JUL 25, 23
AMOUNT
$1.95
R2305P150597-2



**UNITED STATES POSTAL SERVICE.**

```
OTIS GRANT COLLINS
2302 S PULASKI RD
CHICAGO, IL 60623-9998
(800)275-8777
```

07/25/2023                           11:17 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $0.66 |
| Chicago, IL 60602 | | | |
| Weight: 0 lb 0.50 oz | | | |
| Estimated Delivery Date | | | |
| Thu 07/27/2023 | | | |
| Cert of Mailing | | | $1.95 |
| Total | | | $2.61 |
| First-Class Mail® Letter | 1 | | $0.66 |
| Chicago, IL 60661 | | | |
| Weight: 0 lb 0.40 oz | | | |
| Estimated Delivery Date | | | |
| Thu 07/27/2023 | | | |
| Cert of Mailing | | | $1.95 |
| Total | | | $2.61 |

Grand Total:                         $5.22

Cash                                $20.00
Change                             -$14.78

```
Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```



```
or call 1-800-410-7420
```

```
UFN: 161576-0231
Receipt #: 840-56060029-1-5793201-2
Clerk: 20
```

74

pg. 1 of 4

11-3-23

Dear-Human-
Rights -

This is A Charge of discrimination
on disabled-person, by-TeiA-Sanders
of-Phalanx-Family-Services-Number-773
291-1086.They called me-after-I called
311, Asked me questions why I need
Rental-Assistance-September-22-2023
2:08 PM.MS.Sanders Stated-#2489.00,
for one month rent-, And Asked
me is-H.U.D. still paying my-rent
I said yes, tho family member-yes
And I haven't received nothing in
mail saying they not-and-why.MS.
Sanders tells me to e-mail-or-fax-
Late-Notice,-Lease, picture-of-I.D.-,
Award-Letter-from-Social-Security-And
your proof in your defence.I-faxed-
over 82-documents costing Like-
#70.00-something dollars, off my
credit card to get to her quick,-
my eviction-court-trial date was-soon.
I did what MS.Sanders Asked-Nothing-in
Mail was I Approved or denied.I started
calling she was never in I was-told
Left messages,-No-response-back.Wrote
Letter got Notarized And sent,-then A
Call from-Phalanx-Family-Services-No-
message Lefted.That was A Friday-Oct.13-2
I missed call at-1:19 PM-And-1:30 PM.
I called Oct.16-23,-Oct.20-23,-Oct. 23-23
Oct. 24-23; And-Oct. 25-23,-day-before court

Oct. 25-23 - called At - 1:26PM - secretary-
OR-Receptionist - MS. Moore, says - MS. Sanders
in a meeting, call back at 2:00pm. I - called
back At 2:06 pm, And was told by Ms.
Moore Again that - she was just informed
that Ms. Sanders won't be BACK in-office
til - Tuesday - Oct. 31-23. I told Ms. Moore-
I Need to talk to Someone over Ms.
Sanders. Ms. Moore says why, I say to
see if I'm Approved for Rental-Assistance;
I been Calling And Leaving messages - No-
RESPONSE back, And I got eviction-court-
trial - tomorrow. MS. Moore said MS. Davis. - Let-
Me connect you, then was hung-up - on,
because I called back At - 2:12 pm - went -
straight to voice-Mail.
P.S. Don't Need Rental-Assistance; Sincerelly
Now - court-trial-over.



JENNIFER NAVARRETE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 21, 2026

Jennifer Navarrete
11/3/2023

76

**UNITED STATES**
**POSTAL SERVICE**

**Certificate Of**
**Mailing**

To pay fee, affix stamps or
meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: MR. JOSEPH JACKSON
8333 S. SANGAMON St. Apt. 504
Chicago, IL. 60621

To: Dept. of HUMAN Rights
555 W. MONRoe St. Ste. 700
Chicago, IL. 60661

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065



RDC 99

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60699
NOV 16, 23
AMOUNT

**$1.95**

R2303S101938-45

77

# Human Rights

JB Pritzker, Governor
James L. Bennett, Director

November 8, 2023

Joseph Jackson
P.O. Box 24727
Chicago, IL 60624

Control No: 23M042611          Respondent: Orchard Place of Engle

Dear : Joseph Jackson

After considering your recent communication, it appears that a housing/real estate transaction charge cannot be filed with the Department for the reason(s) indicated below:

☐  The Human Rights Act requires that a charge of housing discrimination be made within one year after the date of the alleged civil rights violation. Your communication was not mailed within that period. (1)

☐  The company/organization/individual that you are complaining about does not appear to be subject to the provisions of the Human Rights Act. (2)

☐  The Human Rights Act prohibits discrimination in real estate transactions on the bases of race, color, religion, sex (including sexual harassment), pregnancy, national origin, ancestry, military status, disability, familial status (children under the age of 18), arrest record, marital status, order of protection status, sexual orientation (including gender identity), age (40 and over), aiding/abetting, willful interference with housing rights, and retaliation. You have not claimed that you were discriminated against for any of these reasons. (3)

☐  In order to file a housing charge under the Human Rights Act, you must have been aggrieved by the alleged discriminatory housing practice. You have not indicated that you were aggrieved. (4)

☒  Other (5):   You state that your landlord harassed you with threats of eviction, placed smiley faces on documents, and asked you to recertify your housing at an early date. You state that these actions are sexual harassment and retaliation for having filed a charge with the Department in 2014 (Case number 2015CH0804). However, from the information provided, there is no apparent nexus or causal connection between those actions and discrimination based on sex, disability, or retaliation.

If you still believe that you have experienced discrimination within the Department's jurisdiction, please contact us within 10 days explaining your reasons. Please refer to the control number above when writing. The Department has jurisdiction to investigate complaints filed within one year of the date of the alleged discrimination.

You have the right to file a civil lawsuit in Circuit Court alleging housing civil rights violations within 2 years after the occurrence of the alleged violations [775 ILCS 5/10-102]. The time during which the Illinois Department of Human Rights handles your complaint does not count towards this two-year limit. An aggrieved party may commence a civil action whether a charge has been filed and without regard to the status of any such charge.

Sincerely,

Steven Monroy
Director of Fair Housing
idhr.fairhousing@illinois.gov

555 West Monroe Street, 7th Floor, Chicago, IL 60661, (312) 814-6200, TTY (866) 740-3953, Housing Line (312) 814-6229
524 S. 2nd St., Suite 300, Springfield, IL 62701, (217) 785-5100, Springfield, IL 62702
2309 West Main Street, Marion, IL 62959 (618) 993-7463
dhr.illinois.gov

7-25-23

Dear-Human-
Rights

This is a complaint against "Human-
Rights" discrimination on a disable-
person. I recently sent 3 charges of
discrimination and retaliation. And etc.
to disabled person "back" in January-2023
And-February-2023. Here it is July-24-
2023, why passed 10-weeks As July was
told on phone by Human-Rights-person
to receive in "mail", I been calling
And leaving voice-messages to Ms. Perez
of department of housing discrimination
of-Human-Rights', one time connected
by-Ms.Perez-See-which Human-Rights-Department
The time I called was July-11-2023-time
9:47 Am - 8 mins.-47 sec. Then 3 more-times
phone calls And left voice-messages, July-
13-2023, And July-19-2023. Still-"No"-
Response nor charges in mail. Adding
more stress And anguish to me. Management
people already got me in eviction court which
Sudden be it! I received my charge and
right to Sue. Making eviction court think I am-in-court-
for not paying rent. Which is a lie, I have
Did rent on time And up-to-date. I-missed
A certification date due to May mental-
condition of deep depression. Which was given
to My management of my building-day-
of keys And lease given to me. Doctor-
statement of diagnose then And Now-I-
Loose days And time, And don't keep

70

up with due dates, NOR doctor - Appointments
if H.U.D. didn't penalize me what
makes them think they can. More proof
to my discrimination charge - for - got - me
in eviction-court for pay December - Rent
2022 the whole rent by myself $2,489.00
If I could pay that, I wouldn't need
H.U.D. - Assistance for rent AND housing.
And I haven't received a letter from
H.U.D. - yet - saying they stop payments
And why, meaning they still receiving
Rent payments in my name from
Federal - Government which is Fraud. My
Rent part, And - H.U.D. - Rent - payment
Are the same entity. The day my -
building - management refused my rent,
they should have refused H.U.D. - Rent - part -
too! But they didn't And I have
written H.U.D. to about this problem
And asked for printout of Rent -
payments from November - 2022 - And -
December - 2022, And - January - 2023 - to -
present still, No - answer Nor - printou-
And I know, Charge And right to sue
haven't went out to Orchard - Place - of -
Englewood cause they still attacking - me.
Told my Legal - Aid - Lawyer, I threaten
them, but even in the definition in
threaten - it states one's intention to
take hostile action against someone, in -
"Retribution" - for something - done. Behind -
every action there comes a reaction, Mor-
proof they doing something to me first

71

Pg, 3 - of - 3

(1) WAS police CALLED, if I threaten them? (2) Is there A police - Report? (3) WAS - I - MR. JACKSON - ARRested? (4) IS - there Video to the threating there - ARE - CAMERA AROUND to record? Could I please get my my CHARGES please, I CAN - even - come pick them up, family member CAN come get for me, thanks.

SinceRelly

Joseph Jackson



JENNIFER NAVARRETE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 21, 2026

Jennifer Navarrete
4/25/2023







To: HR - UR MANAGER
HUMAN - RIGHTS - COMMISS.
69 W. WASHINGTON - 8+ - Suite -
CHICAGO, IL. 60602

From: Mr. Joseph - Jackson
P.O. Box 84727
Chicago, IL. 60684

UNITED STATES
POSTAL SERVICE

Certificate Of
Mailing

3817, April 2007  PSN 7530-02-000-9065

RDC 99

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60623
JUL 25, 23
AMOUNT
$1.95
R2305P150597-21

To: LINE MANAGER
HUMAN - Rights
355 W. MONROE - O+
Chicago, IL. 60661

From: Mr. Joseph - Jackson
P.O. Box 84727
Chicago, IL. 806 84

UNITED STATES
POSTAL SERVICE

Certificate
Maili

3817, April 2007  PSN 7530-02-000-9065

RDC 99

U.S. POSTAGE PA
FCM LETTER
CHICAGO, IL
60623
JUL 25, 23
AMOUNT
$1.95
R2305P150597-2



# UNITED STATES POSTAL SERVICE.

OTIS GRANT COLLINS
2302 S PULASKI RD
CHICAGO, IL 60623-9998
(800)275-8777

07/25/2023                                    11:17 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

   Chicago, IL 60602
   Weight: 0 lb 0.50 oz
   Estimated Delivery Date
     Thu 07/27/2023
   Cert of Mailing                    $1.95
Total                                          $2.61

| | | | |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.66 |

   Chicago, IL 60661
   Weight: 0 lb 0.40 oz
   Estimated Delivery Date
     Thu 07/27/2023
   Cert of Mailing                    $1.95
Total                                          $2.61

Grand Total:                                   $5.22

Cash                                          $20.00
Change                                       -$14.78

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 161576-0231
Receipt #: 840-56060C29-1-5793201-2
Clerk: 21

11-3-23

Dear-Human-
Rights-

This is A Charge of discrimination
on disabled-person, by-Teia-Sanders
of-Phalanx-Family-Services- number- 773
291-1086. They called me-after-I called
311, asked me questions why I need
Rental-assistance -September-22-2023
2:08 PM. MS. Sanders stated-# 2489.00
for one month Rent-, And asked
me is-H.U.D. still paying my-Rent
I said yes, tho family member-yes
And, I haven't received nothing in
mail saying they not-And-why. MS.
Sanders tells me to e-mail-or-fax-
late-Notice,-Lease, picture-of-I.D.-
Award-Letter-from-Social-Security-and
your proof in your defence. I-faxed-
over 82-documents, costing like-
# 70.00 -something dollars, off my
Credit card to get to her quick,-
my eviction-court-trial date was-soon.
I did what MS. Sanders asked-nothing-in
mail was I approved or denied. I started
calling she was never in I was-told
left messages -no-response-back. wrote
Letter got Notarized and sent,-then A
call from-Phalanx-Family-Services-No-
message Lefted. That was A Friday-Oct.13-23
I missed call at-1:19 pm-And-1:30 PM.
I called Oct.16-23, Oct.20-23,-Oct.23-23
Oct.24-23, And-Oct.25-23,-day-before court

Oct. 25-23 - Called At - 1:26pm - Secretary - OR - Receptionist - Ms. Moore, says - Ms. Sanders in a meeting, Call back at 2:00pm. I - Called back at 2:06 pm, and was told by Ms. Moore again that - she was just informed that Ms. Sanders won't be BACK in-office til - Tuesday - Oct. 31-23. I told Ms. Moore - I Need to talk to someone over Ms. Sanders. Ms. Moore says why, I say to see if I'm approved for Rental - Assistance; I been Calling and leaving messages - No-response back, and I got eviction-court-trial - tomorrow. Ms. Moore said Ms. Davis - Let me connect you, then was hung-up-on, because I called back At - 2:12 pm - went - straight to voice-mail.

P.S. Don't Need Rental - Assistance; Sincerelly Now - Court - trial - over.



JENNIFER NAVARRETE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 21, 2026

11/3/2023

76

**UNITED STATES POSTAL SERVICE**

Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: MR. JOSEPH JACKSON
8333 S. SANGAMON St. Apt. 504
Chicago, IL. 60621

To: Dept. of HUMAN RIGHTS
555 W. MONROE St. Ste. 700
Chicago, IL. 60661

Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065



RDC 99

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60699
NOV 16, 23
AMOUNT

**$1.95**
R2303S101938-45

77

# ILLINOIS DEPARTMENT OF
# ♠Human Rights

JB Pritzker, Governor
James L. Bennett, Director

November 8, 2023

Joseph Jackson
P.O. Box 24727
Chicago, IL 60624

Control No: 23M042611        Respondent: Orchard Place of Engle

Dear : Joseph Jackson

After considering your recent communication, it appears that a housing/real estate transaction charge cannot be filed with the Department for the reason(s) indicated below:

☐    The Human Rights Act requires that a charge of housing discrimination be made within one year after the date of the alleged civil rights violation. Your communication was not mailed within that period. (1)

☐    The company/organization/individual that you are complaining about does not appear to be subject to the provisions of the Human Rights Act. (2)

☐    The Human Rights Act prohibits discrimination in real estate transactions on the bases of race, color, religion, sex (including sexual harassment), pregnancy, national origin, ancestry, military status, disability, familial status (children under the age of 18), arrest record, marital status, order of protection status, sexual orientation (including gender identity), age (40 and over), aiding/abetting, willful interference with housing rights, and retaliation. You have not claimed that you were discriminated against for any of these reasons. (3)

☐    In order to file a housing charge under the Human Rights Act, you must have been aggrieved by the alleged discriminatory housing practice. You have not indicated that you were aggrieved. (4)

☒    Other (5):    You state that your landlord harassed you with threats of eviction, placed smiley faces on documents, and asked you to recertify your housing at an early date. You state that these actions are sexual harassment and retaliation for having filed a charge with the Department in 2014 (Case number 2015CH0804). However, from the information provided, there is no apparent nexus or causal connection between those actions and discrimination based on sex, disability, or retaliation.

If you still believe that you have experienced discrimination within the Department's jurisdiction, please contact us within 10 days explaining your reasons. Please refer to the control number above when writing. The Department has jurisdiction to investigate complaints filed within one year of the date of the alleged discrimination.

You have the right to file a civil lawsuit in Circuit Court alleging housing civil rights violations within 2 years after the occurrence of the alleged violations [775 ILCS 5/10-102]. The time during which the Illinois Department of Human Rights handles your complaint does not count towards this two-year limit. An aggrieved party may commence a civil action whether a charge has been filed and without regard to the status of any such charge.

Sincerely,

Steven Monroy
Director of Fair Housing
idhr.fairhousing@illinois.gov

Dear - Human - Rights

I'm writing This letter and charge on behalf
of my client. I'm Joseph-Jackson-Payce - he's
being discriminated & Retaliated against him
from old Charge on Orchard Place of englewood -
Head - and assistant-managers. This MS. Lillian
and ms. Fach been abusing there Powers
to assist disability- People to get housing. Just
Showing there Powers they can get - People
housing took as fast as they get housing for
the disabled trying to get mr. Joseph-Jackson
in a domestic - situation and locked-up, to Lose his
Low income and mess his whole life up.
They need to be investigated he can't be the only
One Their abusing Their Power with smiley-faces on
Rent Receipts, Jumping the 2th on last Years
recertification and this Years hoping he did
fraud on SBA-PPP-loans and he did not.
Consistent harassment, threats of evictions, -
intimidation of Position and authority. Stealing
Postal Packages to me, want mr. Jackson to
get him in a situation to lose if and get locked
up. Knowing in mr Jackson files he is - mental
and suffers from deep - severe - depression.
cease to think of or consider - Doctor - notes
Just flat-out spiteful, do as they want -

above the law. Seen Mr Jackson in the new truck listened to H.U.D - memo - Notice and assumed Mr Jackson did - PPP - loan - Scam. Got another tenant - A - Older lady than Mr Jackson - in a domestic and got her locked up. Got the residence there scared to lose there low income. Mr Jackson is not normal at all / looks can fool u - I'' - The Police try to keep him up with important dates and times.

Me and his family, as best as we can. But his depression works against him alot. He's already at a high dose of mental-meds, due to his lost of Mother, and multiple family members, and just Recently 2 older-Brothers back to back. He looses days from his depression and the stress from Orchard Place of englewood- management assistant,- scared to even stay at his own- apartment for fear of he will loose it and they get him locked-up. Doctor-for- Mr. Jackson wrote, recent last letter, asking- manage to Please excuse eviction due to his mental-state, and Ms. Lillian- carter and Ms. fouch's still Pushed the issue of him Paying $2,400.00- something for December-2022 Rent. knowing off his once a month- income he cant afford it - More stress and harassment Putting the fear of eviction and loosing his low income. at these major actions - on behalf of Mr. Joseph Jackson asking for - rights to sue, Please- Thank you.

P.S Mr Jackson tried to send in charge last year -

2021 - But Sent it to Post office his mental State is messed up.

Sincerely

Joseph Jackson
Cecilia Virginia

Subscribed and sworn to before me
this 4th day of January 2023
at Chicago, County of Cook, State of Illinois.

Notary Public Sara V. Munoz

SARA V MUNOZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 09, 2026

Pg. 1-0 of -2

82

Dear Orchard Place of Management Englewood

I'm writing this letter about Mr. Joseph Jackson apartment #509 I'm his Payee talking for Mr. Jackson. This 2,488.89 Rent for december cause he was late on getting Paperwork in Your office already have in Yall files his condition of Severe deep depression & Psycotic behavior with aggression. Your office know he can't Pay that high rent he's on disability. and his condition he cant keep up with dates and times he loses days. His doctor has Sent letters asking Yall to eviction - excuse him due to his condition. depression about Yall got him to. He don't go home cause of Yall thats wrong. He dosen't want to meet or talk to You all so im being his Payee b/ Social Security. Im talking for him for Your management to excuse his condition, that causes him to miss Yall due date this one time. on the award letters is my name First Verllian winfeild then his name. All the deaths in his family has caused him to be on high dose of meds for his mental State. So Please excuse him/his condition is in Yall files. He done lost his mom and two brothers

back Page #2

83

Sincerely,
We don't need no more
stress about this eviction
On him, Please reconsider
Cause this discrimination on
a disabled person by law is wrong
thanks.

Lillian Murphied

Subscribed and sworn to before me

this 14th day of January 20 23
at Chicago, County of Cook, State of Illinois.

Notary Public Sara V Muñoz

SARA V MUNOZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 09, 2026

# Social Security Administration
# Benefit Verification Letter

Date: September 25, 2023
BNC#: 23UG645G77777
REF: A, DI

VERLILLIAN WINFIELD
FOR JOSEPH JACKSON
APT 2
5822 W SUPERIOR
CHICAGO IL  60644-1044

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2022, the full monthly Social Security benefit before any deductions is $1,259.50.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,259.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on August 21, 2007.

## Information About Past Social Security Benefits

From December 2021 to November 2022, the full monthly Social Security benefit before any deductions was $1,158.70.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,158.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

SOCIAL SECURITY ADMINISTRATION

Date: January 18, 2024
BNC#: 24BC190J49808
REF: A ,DI

VERLILLIAN WINFIELD
FOR JOSEPH JACKSON
APT 2
5822 W SUPERIOR
CHICAGO IL 60644-1044

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2023, the full monthly
Social Security benefit before any deductions is......$ 1299.80

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1299.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.



SOCIAL SECURITY ADMINISTRATION

Date: September 3, 2024
BNC#: 24BC190J49808
REF: A ,DI


VERLILLIAN WINFIELD
FOR JOSEPH JACKSON
APT 2
5822 W SUPERIOR
CHICAGO IL 60644-1044


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.


Type of Social Security Benefit Information

  You are entitled to monthly disability benefits.

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
 Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

Need more help?

  1. Visit www.ssa.gov for fast, simple, and secure online service.
  2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you
     are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention
     this letter when you call.
  3. You may also call your local office at 866-614-4761.

         SOCIAL SECURITY
         5130 WEST NORTH AVENUE
         CHICAGO, IL 60639

How are we doing? Go to www.ssa.gov/feedback to tell us.


                              OFFICE MANAGER



# Referral Form

Printed on: 08/01/2014 03:26 PM

**LCHC ALL**
3860 W Ogden Ave, Chicago, IL 60623

LAWNDALE CHRISTIAN
HEALTH CENTER
Loving God. Loving People.

| | | | |
|---|---|---|---|
| Authorizing Provider: | Bolanle Soyannwo MD | Service Provider: | Sinai Medical Group (Psychiatry) |
| Supervising Provider: | | | Mt Sinai Hospital |
| Electronically Signed By: | Bolanle Soyannwo MD | | Chicago IL 60608 |
| LCHC Phone: | (872) 588-3000 | Phone: | (773) 257-6672 |
| LCHC Fax: | (872) 588-3121 | Fax: | (773) 257-5330 |

| | | |
|---|---|---|
| Patient Name: | **Joseph Jackson** | DOB: **01/30/1973** |
| Phone: | (C): (312) 880-8022 | Sex: M    Age: 41 Years |
| Address: | 1407 S Central Park 2A | Chart: 406138 |
| | Chicago, IL 60623 | |

| | | |
|---|---|---|
| Primary Ins: | Medicare Clinic | Secondary Ins: |
| Group: | | Group: |
| Policy: | | Policy: |
| Insured ID: | 361608651A | Insured ID: |

| Code | Description | Diagnoses |
|---|---|---|
| CPT-99242 | Psychiatric Consult (Adult Psych) | PANIC DISORDER W/O AGORAPHOBIA(ICD-300.01) |
| | | MAJOR DEPRESSION, RECURRENT, SEVERE, W/O |
| | | PSYCHOTIC BEHAVIOR(ICD-296.33) |

| | | |
|---|---|---|
| Order Number: | 1124500-1 | |
| Auth#: | | |
| Maximum Visits: | 1 | |
| Start Date: | 08/01/2014 | End Date:    10/30/2014 |
| Duration: | 90 Days | |

**Reason:**
**41 yr old male with chronic depression and pyshcosis, panic disorder, seen today with worsening symptoms**
**PHQ 9-27/ GAD-24, currently on prozac 40mg daily and nightly ativan switched to paxil today with taper on prozac.**
**Kindly provide urgent assistance**

**Please send consult notes as soon as possible to this number: (872) 588 - 3121**

| | |
|---|---|
| Electronically Signed By: | Bolanle Soyannwo MD |
| Date: | 8/1/2014   3:26:40PM |

ALL SERVICES (INCLUDING LAB WORK) FOR HMO PATIENTS MUST HAVE PRIOR APPROVAL FROM THE PRIMARY CARE PROVIDER
This authorization is valid for 90 days from the date written and only for services listed. Any further time or treament will require an additonal request.
Lawndale Christian Health Center will not be financially responsible for members whose eligibility has been terminated for any reason at the time services are rendered. Payment for services will be due upon receipt of medical report.

Submit HMO Claims To:    **Electronic Submissions = Payer ID 36333**    Managed Care:  Ph: (872) 588-3070
Fx: (872) 588-3071

Lawndale Christian Health Center
Managed Care Claims Department
3860 W Ogden
Chicago, IL 60623

88

APPEAL LETTER FOR:
Joseph Jackson
1407 S Central Park2A
Chicago,IL60623
$D_o O_o B_o - 1 - 30 - 1973$

To whom it may concern,

We are writing this letter of appeal on behalf of Joseph Jackson who is
a patient under our care with multiple medical problems which include
Severe Anxiety/Depression with psychosis.
He had being stable for a while but has experienced hardship concerning
his housing situation and will need expedited assistance to ensure he
does not relapse.
Kindly provided the necessary supportive measures to ensure  stable
housing placement as soon as possible

We hope that you will agree with our recommendations and approve this
medically necessary treatment.

Please feel free to call 8725883000 ext 3426 if you have any further
questions.

Sincerely,

Soyannwo MD, Bolanle

cc: Patient at address above

Lawndale Christian Health Center
Ogden Avenue
Chicago, IL  60623
773-588-3000
www.lawndale.org

LAWNDALE CHRISTIAN
Loving God · Loving People

3860 W Ogden Ave  Chicago, IL 60623
(872) 588-3000  Fax:

LCHC Chart#: 406138
DOB: 01/30/1973

Joseph Jackson
1407 S Central Park Ave
Apt 2a
Chicago, IL 60623

December 8, 2022

TO Whom This May Concern,

Joseph Jackson is a patient at our clinic. Patient is going through a lot of stress and mental health problems. Patient is currently going through a lot of family stress and bereavement with the losses of his friends and family. Please reconsider eviction at this time due to patient's current mental health problems. If you have any questions, please call us at 872-588-3000

Sincerely,

Ying Chun Mei PA-C
Revised 05/2012



LAWNDALE CHRISTIAN
*Loving God. Loving People.*

3860 W Ogden Ave  Chicago, IL 60623
(872) 588-3000  Fax:

**LCHC Chart#:** 406138
**DOB:** 01/30/1973

Joseph Jackson
1407 S Central Park Ave
Apt 2a
Chicago, IL  60623
(773) 759-7263

January 11, 2023

To Whom It May Concern:

Joseph Jackson is a patient at the Lawndale Christian Health Center under my care. He has
anxiety and severe depression and was last seen for an appointment on 11/1/2022.

Sincerely,

Ying Chun Mei PA-C

**UNITED STATES**
**POSTAL SERVICE** ®                    Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail

From: _L. Quedell_ _____ _____

_3609 W. State Av._____

_Chicago IL, 60623_ _____

To: _ATTN: Management ___ court_

_6333 S. Cottage____ _____

_Chicago IL, 60638_ _____

_Orchard place of Goldenrod_

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL
60699
JAN 23
AMOUNT

**$1.75**

R2304W119600-20

*92*

LAWNDALE CHRISTIAN

*Loving God. Loving People.*

3860 W Ogden Ave   Chicago, IL 60623
(872) 588-3000  Fax:

**LCHC Chart#:** 406138
**DOB:** 01/30/1973

Joseph Jackson
1407 S Central Park Ave
Apt 2A
Chicago, IL 60623

June  7, 2023

To Whom This May Concern,

Joseph Jackson is a patient at our clinic. Patient has a long standing history of anxiety with panic disorder and depression. Due to patient's anxiety and depression symptoms, he has trouble keeping track of time and dates, thus leading to history of missed scheduled doctor's appointment and important deadlines. If you have any questions, please call us at 872-588-3000. Thank you.

Sincerely,

Ying Chun Mei PA-C

Revised 05/2012

5:40   71%

YE
5:18 AM, Oct 25



94



95



IN *Loving* MEMORY OF

*Samuel*

S T O N E W A L L

JACKSON

*Sunrise*
February 6, 1959

*Sunset*
October 5, 2022

Memorial Service
Thursday, November 17, 2022 | 10:00 AM - 12:00 PM

Miracle Revival Center Church of God in Christ
2010 St. Charles Road | Maywood, Illinois 60153
Pastor Deandre Patterson, Host Pastor
Pastor Raymond Hillman, Officiant

A Home Going Celebration
Honoring the Life of

*Willie Lee Winfield*



**Funeral Services**

Saturday, December 3, 2022
10:00 A.M. ~ Viewing
11:00 A.M. ~ Service
Bethesda Community Baptist Church
906 East Jones Avenue
Phoenix, Arizona 85040

97

IN *Loving* MEMORY OF

*James H.*
WINFIELD

JUNE 27, 1953 - JUNE 16, 2023

THURSDAY, JUNE 29, 2023
Wake: 10:00 a.m.       Funeral: 10:30 a.m.

Wallace Broadview Funeral Home
2020 Roosevelt Rd.
Broadview, IL 60155

Rev. Curtis Harvey, Pastor

**Annual Recertification**
**First Reminder Notice - 202 PRACs**

07/09/2021

Joseph Jackson
Unit # 1-504
6333 S Sangamon St Apt 504
Chicago,IL 60621-1900

Dear Joseph Jackson:

It will soon be time for your annual recertification. You received a notice of your upcoming annual recertification at an interview just less than a year ago.

Paragraph 9 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to determine if you are still eligible to receive assistance paying your rent.

To complete our review of your income and family composition, you must meet with Lillian Carter at ORCHARD PLACE OF ENGLEWOOD and supply the required information. Lillian Carter will be available for recertification interviews from August 7, 2021 to August 20, 2021.

Please contact Lillian Carter by phone at (773) 488-4999 as soon as possible to schedule an appointment for an interview.

Cooperation with the recertification requirement is a condition of continued program participation. You must report the required information and provide the required signatures to enable the owner to process your recertification. If you contact Lillian Carter after 10/10/2021, HUD regulations gives us the right to implement any rent increase resulting from the recertification without providing you a 30-day written notice.

**If you do not respond before 12/01/2021, your tenancy may be terminated.**

When you attend the interview, you must bring the following information:

- Receipts or pay stubs for employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, educational status, etc. (The names, addresses and phone numbers are required.)

- Information about savings and checking accounts; money market funds; trusts; certificates of deposit; stocks and bonds; IRA, Keogh or other retirement and investment accounts, etc. (The name, address, phone number and account number for each financial institution is required.)

- Bills for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aids, prescription drugs, medical assistance, monthly payments on accumulated medical bills, etc. (Applies to elderly/disabled households. The name, address and phone number of each medical care provider is required.)

- Child care information. (The name, address and phone number of the child care provider is required. The days/hours of care and cost to be provided.)

Sincerely,

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.

An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

07/12/2021

Joseph Jackson
6333 South Sangamon St Unit 504
Chicago, IL 60621

Joseph Jackson,

The purpose of this letter is to notify you it's time to renew your lease. I have provided you with a set of documents that require your signature and date. Please sign, date, and return to the management office. In addition to this I need a copy of your 2021 proof of income (Social Security Award Letter) To contact Social Security please call 1-800-772-1213.

I also need to verify your assets, such as checking and savings account. (Direct Express Card) or (If you cash your Check at the currency exchange, please provide receipts)

Thank you
Management



Embrace Living
Communities
Affordable Welcoming **Home**

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*


*100*

**Second Reminder Notice - Section 202/8 or 202/162 PACs**

09/14/2021

Joseph Jackson
Unit # 1-504
6333 S Sangamon St Apt 504
Chicago, IL 60621-1900

Dear Joseph Jackson:

On , you received a notice requesting that you contact Lillian Carter to schedule your periodic recertification interview. So far you have not scheduled your interview.

Cooperation with the recertification requirement is a condition of continued program participation. Paragraph 10 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to redetermine rent and assistance levels.

To complete our review of your income and family composition, you must meet with Lillian Carter at ORCHARD PLACE OF ENGLEWOOD and supply the required information. Lillian Carter will be available for recertification interviews from October 7, 2021 to October 20, 2021.

Please contact Lillian Carter by phone at (773) 488-4999 as soon as possible to schedule an appointment for an interview.

Cooperation with the recertification requirement is a condition of continued program participation. You must report the required information and provide the required signatures to enable the owner to process your recertification.  If you contact Lillian Carter after 10/10/2021, we will process your recertification but you will not receive 30 days notice of any resulting rent increase.

**If you do not respond before 12/01/2021, paragraph 25 of your lease gives us the right to terminate your assistance and charge you the contract rent effective 12/01/2021.**

To help us process your recertification, you must bring the following information to your interview:

- Receipts or pay stubs for employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, educational status, etc. (The names, addresses and phone numbers are required.)
- Information about savings and checking accounts; money market funds; trusts; certificates of deposit; stocks and bonds; IRA, Keogh or other retirement and investment accounts, etc. (The name, address, phone number and account number for each financial institution is required.)
- Bills for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aids, prescription drugs, medical assistance, monthly payments on accumulated medical bills, etc. (Applies to elderly/disabled households.  The name, address and phone number of each medical care provider is required.)
- Child care information. (The name, address and phone number of the child care provider is required. The days/hours of care and cost to be provided.)

Please do not make us increase your rent. Go to the Rental Office today to set up your interview and to discuss your recertification and any possible change in rent. Thank you for your cooperation.

Sincerely,

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.



*101*

**Annual Recertification**
**Third Reminder Notice / Notice of Termination - 202 PRACs**

09/14/2021

Joseph Jackson
Unit # 1-504
6333 S Sangamon St Apt 504
Chicago, IL 60621-1900

Dear Joseph Jackson:

On and we sent you notices requesting that you set up your recertification interview. You still have not scheduled your interview. Paragraph 9 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to redetermine rent and assistance levels.

To complete our review of your income and family composition, you must meet with Lillian Carter at ORCHARD PLACE OF ENGLEWOOD and supply the required information and signatures to enable the owner to process your recertification. Your cooperation with the recertification requirement is a condition of continued program participation. Lillian Carter will be available for recertification interviews from October 7, 2021 to October 20, 2021.

Please contact Lillian Carter by phone at (773) 488-4999 as soon as possible to schedule an appointment for an interview.

If you meet with Lillian Carter and supply all required information and signatures, we will not terminate your assistance unless your income shows you are no longer eligible for assistance. If you report to the Rental Office after 10/10/2021, we will process your recertification but will not provide you 30 days notice of any resulting rent increase.

To help us process your recertification, you must bring the following information to your interview:

- Receipts or pay stubs for employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, educational status, etc. (The names, addresses and phone numbers are required.)

- Information about savings and checking accounts; money market funds; trusts; certificates of deposit; stocks and bonds; IRA, Keogh or other retirement and investment accounts, etc. (The name, address, phone number and account number for each financial institution is required.)

- Bills for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aids, prescription drugs, medical assistance, monthly payments on accumulated medical bills, etc. (Applies to elderly/disabled households. The name, address and phone number of each medical care provider is required.)

- Child care information. (Name, address and phone number of the child care provider is required. The days/hours of care and cost to be provided.)

**If you do not respond before 12/01/2021, your tenancy may be terminated.**

Please do not make us increase your rent. Go to the Rental Office today to set up your interview and to discuss your recertification and any possible change in rent. Thank you for your cooperation.

Sincerely,

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD

---

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.



*102*

**Annual Recertification**
**Third Reminder Notice / Notice of Termination**

10/12/2021

Joseph Jackson
Unit # 1-504
6333 S Sangamon St Apt 504
Chicago, IL 60621-1900

Dear Joseph Jackson:

On 10/12/2021 and  we sent you notices requesting you to set up your recertification interview. You still have not scheduled your interview.

Paragraph 15 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to redetermine rent and assistance levels.

To complete our review of your income and family composition, you must meet with Lillian Carter at ORCHARD PLACE OF ENGLEWOOD and supply the required information and signatures to enable the owner to process your recertification. Your cooperation with the recertification requirement is a condition of continued program participation.  Lillian Carter will be available for recertification interviews from November 7, 2021 to November 20, 2021.

Please contact Lillian Carter by phone at (773) 488-4999 as soon as possible to schedule an appointment for an interview.

If you meet with Lillian Carter and supply all required information and signatures, we will not terminate your assistance unless your income shows you are no longer eligible for assistance. If you report to the Rental Office after 10/10/2021, we will process your recertification but will not provide you 30 days notice of any resulting rent increase.
To help us process your recertification, you must bring the following information to your interview:

- Receipts or pay stubs for employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, educational status, etc. (The names, addresses and phone numbers are required.)

- Information about savings and checking accounts; money market funds; trusts; certificates of deposit; stocks and bonds; IRA, Keogh or other retirement and investment accounts, etc. (The name, address, phone number and account number for each financial institution is required.)

- Bills for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aids, prescription drugs, medical assistance, monthly payments on accumulated medical bills, etc. (Applies to elderly/disabled households.  The name, address and phone number of each medical care provider is required.)

- Child care information. (Name, address and phone number of the child care provider is required. The days/hours of care and cost to be provided.)

**If you do not respond before 12/01/2021, paragraph 15 of your lease gives us the right to terminate your assistance and charge you the contract/market rent of $2428.00 effective 12/01/2021.  This increase in rent will be made without providing you additional notice.  If you fail to pay the increased rent, we may terminate your tenancy and seek to enforce the termination in court.**
Please do not make us increase your rent. Go to the Rental Office today to set up your interview and to discuss your recertification and any possible change in rent. Thank you for your cooperation.

Sincerely,

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD

---

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.

**Annual Recertification**
**Final/Termination Notice**

*103*

11/01/2021

Joseph Jackson
Unit #Bldg: 1
Apt: 504
6333 S Sangamon St Apt 504
Chicago, IL 60621-1900

**Re: 30-Day Final Recertification Notice**

Dear Joseph Jackson:

On **07/09/2021**, **08/04/2021**, **09/14/2021**, and **10/12/2021**, you were sent recertification notices asking that you contact us to start the annual recertification of your income, assets and family composition as required by Internal Revenue Code Section 42. You still have not scheduled your interview.

Cooperation with the tax credit program annual recertification process is a condition of your lease. **Your recertification expiration date is 12/01/2021.**

We must complete the annual recertification process before renewing your lease. Because you have failed to respond, termination of your lease will be started.

Please call the office at **(773) 488-4999** immediately to schedule an appointment to discuss the termination of your lease. You can also come to the office during regular hours.

Sincerely,

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD



*104*

**Annual Recertification**
**First Reminder Notice**

07/11/2022

Joseph  Jackson
Unit # 1-504
6333 S Sangamon St Apt 504
Chicago, IL  60621-1900

Dear Joseph  Jackson:

It will soon be time for your annual recertification. You received a notice of your upcoming annual recertification at an interview just less than a year ago.

Paragraph 15 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to determine if you are still eligible to receive assistance paying your rent.

To complete our review of your income and family composition, you must meet with Lillian Carter at ORCHARD PLACE OF ENGLEWOOD and supply the required information.  Lillian Carter will be available for recertification interviews from August 7, 2022 to August 20, 2022.

Please contact Lillian Carter by phone at (773) 488-4999 as soon as possible to schedule an appointment for an interview.

Cooperation with the recertification requirement is a condition of continued program participation. You must report the required information and provide the required signatures to enable the owner to process your recertification.  If you respond to this notice after 10/10/2022 paragraph 15 of your lease gives us the right to implement any rent increase resulting from the recertification without providing you a 30-day written notice.

**If you do not respond before 12/01/2022, paragraph 15 of your lease gives us the right to terminate your assistance and charge you the contract/market rent effective 12/01/2022**

When you attend the interview, you must bring the following information:

- Receipts or pay stubs for employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, educational status, etc. (The names, addresses and phone numbers are required.)

- Information about savings and checking accounts; money market funds; trusts; certificates of deposit; stocks and bonds; IRA, Keogh or other retirement and investment accounts, etc. (The name, address, phone number and account number for each financial institution is required.)

- Bills for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aids, prescription drugs, medical assistance, monthly payments on accumulated medical bills, etc. (Applies to elderly/disabled households.  The name, address and phone number of each medical care provider is required.)

- Child care information. (The name, address and phone number of the child care provider is required. The days/hours of care and cost to be provided.)

Sincerely,

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.



**Annual Recertification**
**Second Reminder Notice**

08/09/2022

Joseph  Jackson
Unit # 1-504
6333 S Sangamon St Apt 504
Chicago, IL  60621-1900

Dear Joseph  Jackson:

On 07/11/2022, you received a notice requesting that you contact Lillian Carter to schedule your periodic recertification interview. So far you have not scheduled your interview.

Cooperation in the recertification process is a condition for receiving assistance. Paragraph 15 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to redetermine rent and assistance levels.

To complete our review of your income and family composition, you must meet with Lillian Carter at ORCHARD PLACE OF ENGLEWOOD and supply the required information. Lillian Carter will be available for recertification interviews from September 7, 2022 to September 20, 2022.

Please contact Lillian Carter by phone at (773) 488-4999 as soon as possible to schedule an appointment for an interview.

Cooperation with the recertification requirement is a condition of continued program participation. You must report the required information and provide the required signatures to enable the owner to process your recertification.  If you contact Lillian Carter after 10/10/2022, we will process your recertification but you will not receive 30 days notice of any resulting rent increase.

**If you do not respond before 12/01/2022, paragraph 15 of your lease gives us the right to terminate your assistance and charge you the contract/market rent effective 12/01/2022.**
To help us process your recertification, you must bring the following information to your interview:

- Receipts or pay stubs for employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, educational status, etc. (The names, addresses and phone numbers are required.)

- Information about savings and checking accounts; money market funds; trusts; certificates of deposit; stocks and bonds; IRA, Keogh or other retirement and investment accounts, etc. (The name, address, phone number and account number for each financial institution is required.)

- Bills for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aids, prescription drugs, medical assistance, monthly payments on accumulated medical bills, etc. (Applies to elderly/disabled households.  The name, address and phone number of each medical care provider is required.)

- Child care information. (Name, address and phone number of the child care provider is required. The days/hours of care and cost to be provided.)

Please do not make us increase your rent. Go to the Rental Office today to set up your interview and to discuss your recertification and any possible change in rent. Thank you for your cooperation.

Sincerely

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.



**Annual Recertification**
## Third Reminder Notice / Notice of Termination

09/09/2022

Joseph Jackson
Unit # 1-504
6333 S Sangamon St Apt 504
Chicago, IL 60621-1900

Dear Joseph Jackson:

On 07/11/2022 and 08/09/2022 we sent you notices requesting you to set up your recertification interview. You still have not scheduled your interview.

Paragraph 15 of your lease states that the Department of Housing and Urban Development (HUD) requires that we review your income and family composition every year to redetermine rent and assistance levels.

To complete our review of your income and family composition, you must meet with Lillian Carter at ORCHARD PLACE OF ENGLEWOOD and supply the required information and signatures to enable the owner to process your recertification. Your cooperation with the recertification requirement is a condition of continued program participation. Lillian Carter will be available for recertification interviews from October 7, 2022 to October 20, 2022.

Please contact Lillian Carter by phone at (773) 488-4999 as soon as possible to schedule an appointment for an interview.

If you meet with Lillian Carter and supply all required information and signatures, we will not terminate your assistance unless your income shows you are no longer eligible for assistance. If you report to the Rental Office after 10/10/2022, we will process your recertification but will not provide you 30 days notice of any resulting rent increase.
To help us process your recertification, you must bring the following information to your interview:

- Receipts or pay stubs for employment, unemployment, self employment, social security, supplemental security income, welfare, pension funds, alimony/child support payments, educational status, etc. (The names, addresses and phone numbers are required.)

- Information about savings and checking accounts; money market funds; trusts; certificates of deposit; stocks and bonds; IRA, Keogh or other retirement and investment accounts, etc. (The name, address, phone number and account number for each financial institution is required.)

- Bills for medical insurance payments, health care professionals and facilities, eye doctors, dentists, hearing aids, prescription drugs, medical assistance, monthly payments on accumulated medical bills, etc. (Applies to elderly/disabled households. The name, address and phone number of each medical care provider is required.)

- Child care information. (Name, address and phone number of the child care provider is required. The days/hours of care and cost to be provided.)

**If you do not respond before 12/01/2022, paragraph 15 of your lease gives us the right to terminate your assistance and charge you the contract/market rent of $2489.00 effective 12/01/2022. This increase in rent will be made without providing you additional notice. If you fail to pay the increased rent, we may terminate your tenancy and seek to enforce the termination in court.**
Please do not make us increase your rent. Go to the Rental Office today to set up your interview and to discuss your recertification and any possible change in rent. Thank you for your cooperation.

Sincerely,

Lillian Carter
ORCHARD PLACE OF ENGLEWOOD

---

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.



107

**REGULARLY SCHEDULED RECERTIFICATION**
**THIRD REMINDER/NOTICE OF TERMINATION**

Date:    10/07/2022

To:     Joseph Jackson
        504
        6333 S Sangamon St Apt 504

        Chicago, IL  60621-1900

Dear  Joseph Jackson

On 07/11/2022, 08/09/2022 and  09/09/2022 we sent you a Initial Reminder Notice, Reminder Notice and a second Reminder Notice requesting you to set up your recertification interview.  If you do not report to the Rental Office by 10/10/2022, on 12/01/2022 your rent will be raised to $ 2,489.00.  Paragraph 15 of your lease authorizes us to implement such an increase in rent without sending you any additional notice.

If you meet with Lillian Carter or Laquon Fouch on  __As Soon As Possible (October 10, 2022)__  and supply all required information, we will not remove your assistance unless your income shows you are no longer eligible for assistance.  If you do not meet with Lillian Carter or Laquon Fouch within 10 calendar days from the date of this notice and supply the required information by that date, we will be free to give your assistance to another tenant.

Please do not make us give your housing assistance to another family. Call me at (773) 488-4999 immediately to set up an appointment to discuss the proposed removal of subsidy.

Sincerely,

Lillian Carter
Property Manager
(773) 488-4999
ORCHARD PLACE OF ENGLEWOOD

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities. Persons with disabilities have the right to request reasonable accommodations to participate in the informal hearing process.

EQUAL HOUSING
OPPORTUNITY
We Do Business In Accordance With the Federal Fair
Housing Law
(The Fair Housing Amendments Act of 1988)

Page **1** of **1**

108

Orchard Place of Englewood
An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621 1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

08/18/2021

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon St Unit 504
Chicago, IL 60621

Joseph Jackson,

The purpose of this letter is to remind you in order to start your HUD recertification the following documentation are needed:

The recertification package signed and dated

Social Security Award Letter ( If you need help getting the letter, please contact Social Coordinator 773-723-1887 office #202

Thank you
Management



Embrace Living
Communities
Affordable Welcoming Home



**LEASE AMENDMENT**



11/30/2022
Joseph Jackson
Bldg: 1
Apt: 504
6333 S Sangamon St Apt 504
Chicago, IL 60621-1900

Dear Joseph Jackson:

This is to notify you that on the basis of our recent review of your income and family composition, your monthly rent has been adjusted as follows:

| | |
|---|---|
| Contract Rent | $2489.00 |
| Utility Allowance | $45.00 |
| | |
| Assistance Payment | $0.00 |
| Total Tenant Payment | $2534.00 |
| | |
| Tenant Rent | $2489.00 |

The new rent is effective with the rent due for the month of 12/01/2022. This notification amends Paragraph 3 of your lease agreement, which sets forth the amount of rent you pay each month. All other provisions of your lease remain in full force and effect. The next scheduled recertification is 12/01/2023.

Attached for your records is a copy of the Form 50059 Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures and applicable worksheet(s). You should substitute these forms in place of the previous 50059 and worksheet(s), which are attached to your lease. The 50059 shows you the income we used to calculate your new rent and the amount of rental assistance, if any, that HUD pays monthly on your behalf.

The next scheduled recertification is 12/01/2023. By signing below, you acknowledge that you have been informed by this Initial Notice of when your next scheduled recertification is and understand your responsibility to respond to a Reminder Notice that will be sent to you approximately 120 days prior to the next scheduled recertification. If you do not respond to the Reminder Notice by 10/10/2023, your lease gives us the right to raise your rent without giving a 30 day notice.

You may call me at (773) 488-4999 if you wish to arrange a meeting to discuss the above. Thank you for your cooperation.

Sincerely,

Lillian Carter
Property Manager - ORCHARD PLACE OF ENGLEWOOD
(773) 488-4999

Accepted:

_____     12-1-22
Head of Household                              Date

_____     _____
Spouse/Co-Head of Household              Date

ORCHARD PLACE OF ENGLEWOOD does not discriminate on the basis of disabled status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.





*110*

## 30-DAY NOTICE OF TERMINATION OF TENANCY

TO:    __Joseph Jackson__  and all unknown occupants

__6333 South Sangamon__ Apt. __504__

__Chicago, IL 60621__

DATE:    __12/22/2022__

1.    You are hereby notified there is now due the undersigned landlord the sum of $ __2489.00__ being rent for the above-described premises together with all other accommodations used by you in connection with the above-described premises.

2.    You are hereby notified that payment of said sum so due has been and is hereby demanded of you, and that unless payment thereof is made on or before the expiration of THIRTY (30) days after service of this notice your tenancy of said premises together with all other accommodations used by you in connection with the above-described premises will be terminated.

3.    ONLY FULL PAYMENT of the rent demanded in this notice will waive the landlord's right to terminate the lease under this notice unless the landlord agrees in writing to continue the lease in exchange for receiving partial payment.

4.    If you remain in the above-described leased premises on the date specified for termination, the landlord may seek to enforce the termination only by *bringing a judicial action,* at which time you may present a defense.

5.    You have ten (10) days to discuss the termination of your Lease with the Owner. You may make such reply to this notice as you may wish.  You may present a request for grievance orally or in writing for any NON-CRIMINAL OR NON-DRUG RELATED ACTIVITY to the development office any time within the



ORCHARD PLACE OF ENGLEWOOD
633 S. SANGAMON ST
SANGAMON, IL 60621

## STATEMENT OF ACCOUNT

Date:   11/30/2022

To:     Joseph Jackson
        6333 S Sangamon St Apt 504
        Chicago, IL 60621-1900

Bldg: 1
Apt: 504

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 11/01/2022 | P Begin | Period Beginning balance | -0.11 |
| 11/01/2022 | CA RENT | Rent | 273.00 |
| 11/07/2022 | PZ PMTOPIRD | Check Scan - Joseph Jackson | -273.00 |
| 12/01/2022 | CA RENT | Next Billing: Rent | 2489.00 |

**Total amount due       $ 2488.89**

An Embrace Living Community

6333 S Sangamon St | Chicago IL 60621-1962
O 773.488.4999 | F 773.783.9910 | TTY 711 | openglewood@embraceliving.org

October 13, 2020

Joseph Jackson
Orchard Place of Englewood
6333 South Sangamon
Unit #504
Chicago, IL 60621

RE:     Lease Violation for Illegal Occupancy

This letter is to inform you of the illegal occupancy of your guests **Vonetta Gadien**, Management has reviewed the overnight logs and found that your guest has remained in your unit when you were not on the premises. As stated in your lease agreement and outlined in your House Rules for Orchard Place of Englewood, you are now in violation for Illegal Occupancy.

### In section 13 on page 5 of your lease state:

The TENANT shall not assign this lease, sublet the premises, give accommodation to any roomers or lodgers, or permit the use of the premises for any purpose other than as a private dwelling solely for the Tenant and his/her family which are state on the lease. The TENANT agrees to reside in this unit and agrees that this unit shall be the TENANT's and his/her family (listed on the Lease) only place of residence.

### In section 11, subsection (b) & (c) of your House Rules, it states:

Overnight Guest: For purposes, over-night guest must be registered in advance with management. Tenants whose guest stay overnight for more than (7) days per quarter must obtain written permission from management. Tenant must be on the premises for written permission to be allowed. Guests who remain longer than twenty-eight (28) days per year will be considered an unauthorized boarder or roomer and in violation of the lease. Should the guest wish to make it permanent to stay in the apartment, they must complete a application and management will process it according to all applicable HUD requirements as outlined in the Tenant Selection Plan.

Banning of Guest: Management may ban a Tenant's guest or family member from access to the facility and surrounding property if that person is a threat to the safety of the Tenant or others, or have previously violated the rules of the facility. If a Tenant guest violates any section of the lease and its addendums, Tenant will be in violation of their lease and may be subject to termination of said lease. Management reserves the right to as any guest who violated the lease to leave the premises.



Embrace Living
Communities
Affordable. Welcoming. **Home.**

*Providing actively aging adults affordable, welcoming homes in communities that embrace living.*

